UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
(Electronically Filed)

| | |
|---|---|
| DAVID WILSON, as Administrator ) | |
| Of the Estate of Lisa Noble, ) | |
| Deceased, ) | |
| Plaintiff ) | |
| ) | Civil Action No.: 6:17-157-KKC |
| v. ) | |
| ) | |
| BEACON TRANSPORT, LLC, and ) | |
| TERRAN COOPER, ) | |
| Defendants ) | |

## ENTRY OF SPECIAL APPEARANCE

By Special Appearance, and without waiving Service of Process or objection hereto, comes now Harlan E. Judd, III, of the Law Firm Harlan E. Judd & Associates, P.O. Box 51093, Bowling Green, Kentucky 42102, and enters his entry of appearance on behalf of Beacon Transport, LLC and Terran Cooper. The undersigned further requests that all future pleadings be certified on him in accordance with the Rules of the Court.

This the 14th day of July, 2017.

        Harlan Judd & Associates, PSC
        869 Broadway Ave
        P.O. Box 51093
        Bowling Green, KY 42102
        Telephone: (270) 904-4141
        Facsimile: (888) 590-2842

        BY: /s/Harlan E. Judd, III_____
                Harlan E. Judd, III

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been sent to the below on this 14th day of July, 2017 to the following:

Timothy D. Lange
Benson, Risch & Lange, PLLC
401 W. Main Street, Ste 2150
Louisville, KY 40202

D. Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, KY 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Knox Street, Ste A
Barbourville, KY 40906

                                                BY:    /s/Harlan E. Judd, III_____
                                                         Harlan E. Judd, III