AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Southern Division at London

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased <br> *Plaintiff(s)* <br> v. <br> BEACON TRANSPORT, LLC and TERRAN COOPER <br> *Defendant(s)* | Civil Action No. 6:17-157-KKC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Terran Cooper
1134 Shortleave Avenue
Smyrna, Tennessee 37167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy D. Lange, Benson, Risch & Lange, PLLC, 401 W. Main Street, Suite 2150 Louisville, Kentucky 40202; D. Randall Jewell, Jewell Law Office, PLLC, P. O. Drawer 670, Barbourville, Kentucky 40906; and Billy J. Taylor, Taylor Law Office, PLLC, 110 Knox Street, Suite A, Barbourville, Kentucky 40906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/19/2017

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

kja

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:17-157-KKC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __TERRAN COOPER__
was received by me on *(date)* __07-03-17__.

☒ I personally served the summons on the individual at *(place)* __In Person to Terran Cooper at 451 Mosur Rd Lavergne TN__ on *(date)* __07-18-17__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __07-18-17__

_____
Server's signature

__David Miller / Process Server__
Printed name and title

__274C Punkin Ct Murfreesboro TN 37128__
Server's address

Additional information regarding attempted service, etc:

# Affidavit of Service

I, David Miller of Expedited Process Service, 2746 Portside Dr, Murfreesboro, TN, did personally serve Terran Cooper, at Beacon Transport, located at 451 Mason Rd Lavergne TN 37086 on 07-18-2017 at 11:52am. Terran was handed the following documents:

1. Summons

Service By: _____     7-20-17
                                         _____
                                              Date

I certify that I am not a party to the above cited action, and that I am over 21 years of age.

STATE OF TENNESSEE
COUNTY OF RUTHERFORD

Personally appeared before me, the undersigned authority, a Notary Public in and For the State and County aforesaid, David Miller, the within named, with whom I am personally acquainted, (or proved to me on the basis of satisfactory evidence), and he acknowledged that he executed the within instrument for the purposes therein contained.

WITNESS MY HAND and official seal on this the 20 day of July, 2017.

_____
NOTARY PUBLIC

My Commission Expires: 10/2/19