# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff<br><br>VS.<br><br>BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants | C.A. No.: 6:17-157-KKC<br><br>JOINT STATUS REPORT OF THE PARTIES |

Come the parties, jointly by counsel, in response to the Court's Order for Meeting and Report at Docket No. 9, stating:

1. Attorneys Tim Lange for Plaintiff and Harlan Judd for Defendants have conferred pursuant to rule 26(f).

2. **Initial Disclosures.** The parties will serve Rule 26(a) initial disclosures within 14 days of filing of this report.

3. **Proposed Discovery Plan.** The parties anticipate the need for discovery on the issues of liability, damages and defenses asserted. The parties expect that written discovery, production of documents, depositions of parties and witnesses, and expert reports will be necessary. The parties propose the following discovery schedule:

    a. Fact discovery commencement upon filing of this report.

    b. Fact discovery deadline: April 1, 2018.

    c. Plaintiffs' expert disclosures deadline: June 1, 2018.

    d. Defendants' expert disclosures deadline: August 15, 2018.

    e. Expert discovery deadline: October 15, 2018.

4. **Dispositive Motion Deadline:** January 1, 2019

5. **Alternative Dispute Resolution**. The parties are in need of discovery to assess the possibility of promptly settling or resolving the case. At the close of discovery or otherwise as the parties may agree, the parties are amenable to attempting mediation.

6. **Other Items:**

    a. All limitations on discovery set forth in the Federal Rules of Civil Procedure apply unless leave is moved for supplemental discovery.

    b. The parties do not consent to the magistrate judge for all further proceedings.

    c. The parties will produce privilege logs for any documents withheld as privileged.

    d. The parties jointly request a jury trial.

    e. The parties will both identify and produce all documents identified in their rule 26(a) initial disclosures.

    f. The parties have requested retention of cell phones and electronics in use in the tractor-trailer involved in the crash. The parties will desire to examine the cell phones and electronics in issue. Given the circumstances of the crash, whether Plaintiff or Defendant Cooper was using a phone at the time of the crash is a subject that both parties intend to pursue in discovery. Defendant Cooper took photographs at the scene of the crash. It is believed that he may have taken video as well according to bystanders as Plaintiff was dying. The parties will need to draft a protocol for how the electronics may be accessed and the data protected.

g. The parties estimate the length of trial at 8 (eight) days.

h. Dates mutually convenient for trial: Spring of 2019.

        Respectfully submitted,

        Harlan E. Judd, III
        HARLEN E. JUDD & ASSOCIATES, P.S.C.
        869 Broadway Avenue
        P.O. Box 51093
        Bowling Green, Ky 42104
        Telephone: (270) 904-4141

        ATTORNEY FOR DEFENDANTS

        *and*

        Timothy D. Lange
        BENSON, RISCH & LANGE, PLLC
        401 W. Main Street, Suite 2150
        Louisville, Kentucky 40202
        Telephone: (502) 583-8373

        D. Randall Jewell
        JEWELL LAW OFFICE, PLLC
        P.O. Drawer 670
        Barbourville, Kentucky 40906
        Telephone: (606) 546-9714

        Billy J. Taylor
        TAYLOR LAW OFFICE, PLLC
        110 Knox Street, Suite A
        Barbourville, Kentucky 40906
        Telephone: (606) 545-0224

        By: */s/Timothy D. Lange*_____
            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on **August 8, 2017** the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Timothy D. Lange
TIMOTHY D. LANGE
