UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff** | |
| | C.A. No.: 6:17-157-KKC |
| **VS.** | **NOTICE OF PLAINTIFF'S SERVICE OF WRITTEN DISCOVERY TO DEFENDANTS COOPER AND BEACON** |
| **BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants** | |

The Plaintiff, by counsel, served each Defendant with a set of written discovery containing Interrogatories, Requests for Admission and Requests for Production of documents today.

Respectfully submitted,

  /s/Timothy D. Lange
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky  40906

Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on **August 8, 2017**  the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/    Timothy D. Lange
TIMOTHY D. LANGE