UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

DAVID WILSON, *as Administrator of the Estate of Lisa Noble*,

Plaintiff,

v.

BEACON TRANSPORT, LLC, and TERRAN COOPER,

Defendants.

No. 6:17-CV-157-KKC-HAI

ORDER

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On August 14, 2017, Chief Judge Caldwell referred this matter to the undersigned "for purposes of managing all discovery and pretrial scheduling issues, including resolving all discovery disputes and revising any dates and deadlines established in the Court's Scheduling Order." D.E. 12 at 3. The Court **HEREBY ORDERS** that a **teleconference SHALL** occur on **Monday, December 11, 2017, at 11:00 a.m.**, to discuss the progress of discovery. The call will be off the record and for counsel only.

To join the teleconference, the parties are **DIRECTED** to call ███████████ ███████████, to enter ███████████████ (followed by "#"), and, when requested, enter ███████████████ (followed by "#").

The Clerk is **DIRECTED** to make the unredacted Order accessible to counsel of record electronically, and docket **ONLY** the redacted Order.

This the 15th day of June, 2017.



Signed By:
Hanly A. Ingram
United States Magistrate Judge