**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**(Electronically Filed)**

| | |
|---|---|
| DAVID WILSON, as Administrator ) <br> Of the Estate of Lisa Noble, ) <br> Deceased, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> BEACON TRANSPORT, LLC, and ) <br> TERRAN COOPER, ) <br>     Defendants ) | Civil Action No.: 6:17-157-KKC |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANTS, BEACON TRANSPOPRT, LLC, AND TERRAN COOPER**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Beacon Transport, LLC, and Terran Cooper, by counsel, disclose the following information:

The Defendant, Beacon Transport, LLC, is Tennessee Limited Liability Company, with a principal office located at 451 Mason Road, Laverne, Tennessee.

No publicly traded entity has any ownership interest in Beacon Transport, LLC, and it is owned by two members.

This the 25th day of July, 2017.

                                                HARLAN E. JUDD & ASSOCIATES, PSC
                                                869 Broadway Avenue
                                                P.O. Box 51093
                                                Bowling Green, KY 42101
                                                (270) 904-4141
                                                (888) 590-2842

                                                /s/ Harlan E. Judd, III
                                                _____
                                                Harlan E. Judd, III

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and exact copy of the foregoing was this day served on the following by the Court's ECF/electronic filing system:

Timothy D. Lange
Benson, Risch & Lange, PLLC
401 W. Main Street, Ste 2150
Louisville, KY 40202

D. Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, KY 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Knox Street, Ste A
Barbourville, KY 40906

    This the 25th day of July, 2017.

/s/ Harlan E. Judd, III
_____
Harlan E. Judd, III
    Counsel for Defendants