UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES

CASE NO: <u>6:17-CV-157-KKC</u>     AT: <u>London</u>     DATE: <u>December 11, 2017</u>

STYLE: <u>David Wilson v. Beacon Transport, LLC, *et al*.</u>

PRESENT: HON. <u>HANLY A. INGRAM</u>, MAGISTRATE JUDGE

| N/A | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

| Timothy Daniel Lange<br>D. Randall Jewell | Harlan E. Judd, III |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFF** | **ATTORNEY PRESENT FOR DEFENDANTS** |

PROCEEDINGS: TELEPHONIC CONFERENCE CALL

> **Remarks:** This matter was called for a telephonic conference with counsel participating as noted. No follow-up conference was deemed necessary.

**__X__**   Counsel advised the Court that the case is proceeding according to the deadlines set forth in the Scheduling Order.

**_____**   Counsel advised the Court that they would be unable to comply with the Scheduling Order, and the Court advised counsel of the need to request relief from deadlines by proper motion.

**__X__**   Counsel advised the Court that no discovery issues currently require the Court's attention. The Court directed the parties to follow the discovery dispute resolution procedure in the scheduling order if disputes arise.

**_____**   Counsel described a discovery dispute which currently requires the Court's attention, as described above.

**__X__**   The Court addressed the possibility of settlement before trial, and advised counsel that it would promptly conduct a settlement conference upon joint request of the parties. The Court instructed counsel to contact chambers to make such a request.

| | |
|---|---|
| _____ | **Counsel jointly requested a settlement conference and the Court will promptly schedule one.** |
| ___X___ | **The Court asked counsel if any other pretrial issues required the Court's attention. Counsel informed the Court that no other issues require the Court's attention at this time.** |

**COPIES TO:**

COR
TIC: 9 MINUTES

Signed By:
*Hanly A. Ingram* /s/
United States Magistrate Judge