UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator** ) | |
| **of the Estate of Lisa Noble,** ) | |
| **Deceased,** ) | |
|       **Plaintiff** ) | |
| ) | **Civil Action No. 6:17-157-KKC** |
| **v.** ) | |
| ) | |
| **BEACON TRANSPORT, LLC,** ) | |
| **and TERRAN COOPER,** ) | |
|       **Defendants** ) | |

### NOTICE OF PLAINTIFF'S ISSUANCE OF SUBPOENAS
### FOR DEPOSITIONS AND PRODUCTION OF DOCUMENTS

The Plaintiff, by counsel, gives notice to the Court that on this day he issued the subpoenas filed herewith for service today, along with the witness fees and travel payment checks, upon the following persons:

1. Toby Curry (for appearance and production of documents);
2. Michael D. Anderson (for appearance);
3. Tammy Saylor (for appearance); and
4. Selena Moore (for appearance).

                                              **Timothy D. Lange**
                                              **BENSON, RISCH & LANGE, PLLC**
                                              401 W. Main Street, Suite 2150
                                              Louisville, Kentucky 40202
                                              **Telephone: (502) 583-8373**

                                              **D. Randall Jewell**
                                              **JEWELL LAW OFFICE, PLLC**
                                              P.O. Drawer 670
                                              Barbourville, Kentucky 40906
                                              **Telephone: (606) 546-9714**

        **Billy J. Taylor**
        **TAYLOR LAW OFFICE, PLLC**
        **110 Knox Street, Suite A**
        **Barbourville, Kentucky 40906**
        **Telephone: (606) 545-0224**

       **By:** */s/D. Randall Jewell*_____
         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On January 30, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

And I mailed this document and attachment to:

    Harlan E. Judd, III
    Harlan E. Judd & Associates
    P.O. Box 51093
    Bowling Green, Kentucky 42102

        **By:** *s/D. Randall Jewell*_____
         **ATTORNEYS FOR PLAINTIFF**