UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*Electronically filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator** ) | |
| **of the Estate of Lisa Noble,** ) | |
| **Deceased,** ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 6:17-157-KKC** |
| **v.** ) | |
| ) | |
| **BEACON TRANSPORT, LLC,** ) | |
| **and TERRAN COOPER,** ) | |
| **Defendants** ) | |

## NOTICE OF VIDEO DEPOSITION

Notice is hereby given that counsel for the Plaintiff in this action will take the video deposition of **Tammy Saylor** on Thursday, February 22, 2018, beginning at the hour of 2:00 o'clock p.m., at Jewell Law Office, PLLC, 138 Court Square, Barbourville, Kentucky 40906.

Said deposition will be taken for purposes of discovery and all other purposes permitted by the Federal Rules of Civil Procedure

> **Timothy D. Lange**
> **BENSON, RISCH & LANGE, PLLC**
> **401 W. Main Street, Suite 2150**
> **Louisville, Kentucky 40202**
> **Telephone: (502) 583-8373**
>
> **D. Randall Jewell**
> **JEWELL LAW OFFICE, PLLC**
> **P.O. Drawer 670**
> **Barbourville, Kentucky  40906**
> **Telephone:  (606) 546-9714**
>
> **Billy J. Taylor**
> **TAYLOR LAW OFFICE, PLLC**
> **110 Knox Street, Suite A**
> **Barbourville, Kentucky 40906**
> **Telephone:  (606) 545-0224**
>
> By: *s/D. Randall Jewell*_____
>      **ATTORNEYS FOR PLAINTIFF**

Page 2 of 2 Page

## CERTIFICATE OF SERVICE

On January 30, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

And I mailed this document to:

>Harlan E. Judd, III
>Harlan E. Judd & Associates
>P.O. Box 51093
>Bowling Green, Kentucky 42102

By: *s/D. Randall Jewell*
**ATTORNEYS FOR PLAINTIFF**