**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

*Electronically Filed*

**DAVID WILSON, as Administrator of the**
**Estate of Lisa Noble, Deceased, Plaintiff**

**Civil Action No. 6:17-cv-157-KKC**

**VS.**

**BEACON TRANSPORT, LLC and**
**TERRAN COOPER, Defendants**

---

**NOTICE OF FILING OF**
**PLAINTIFF'S PROOF OF SERVICE**
**OF SUBPOENA ON TAMMY SAYLOR**

Comes now the Plaintiff, David Wilson, Administrator of the Estate of Lisa Noble, Deceased, by counsel, and gives notice of his filing of proof of service of the subpoena on Tammy Saylor.

Said proof of service is attached hereto as Exhibit A.

Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky  40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

By: */s/D. Randall Jewell*
ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

On February 1, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

And I mailed this document to:

> Harlan E. Judd, III
> Harlan E. Judd & Associates
> P.O. Box 51093
> Bowling Green, Kentucky 42102

**By:** *s/D. Randall Jewell*
**ATTORNEYS FOR PLAINTIFF**