**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

**DAVID WILSON, as Administrator of the
Estate of Lisa Noble, Deceased, Plaintiff**

**vs.**

**CIVIL ACTION NO. 6:17-157-KKC**

**BEACON TRANSPORT, LLC and
TERRAN COOPER, Defendants**

---

### TERRAN COOPER'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION OF TERRRAN COOPER

Defendant, Terran Cooper, by and through his attorneys, and serves the following Responses and Objections to Plaintiff's Notice of Deposition of Terran Cooper, and in support thereof avers as follows:

Terran Cooper will be produced but within the scope of Kentucky's Rules of Civil Procedure and subject to the following objections:

1. Terran Cooper objects to the notice and requests therein to the extent they demand and seek anything beyond the scope and requirements under Kentucky's Rules of Civil Procedure;

2. Terran Cooper objects to the notice and the requests therein on the grounds they are vague and ambiguous;

3. Terran Cooper objects to the notice and the requests therein to the extent they are overly broad and unduly burdensome;

4. Terran Cooper objects to the notice and the requests therein to the extent they

seek information which is not reasonably calculated to lead to the discovery of admissible evidence;

5. Terran Cooper objects to the notice and the requests therein to the extent they seek information protected by the attorney-client privilege and/or work product doctrine;

6. Terran Cooper objects to the notice and the requests therein to the extent they may seek confidential and proprietary information. Should any such information be discoverable and addressed at the depositions, same should be sealed and subject to Orders making some Confidential;

7. Terran Cooper objects to the notice and the requests therein to the extent they are improperin form, including, but not limited to, for example, to the extent the notice and requests may presume matters not established by the evidence or which may be vague suggesting so such that the production of such witnesses does not concede nor admit to the form and language used within the notice and requests;

8. Terran Cooper restates, reiterates and incorporates herein by reference all objections made within its formal responses to written discovery on the issues and requests made part of and/or covered by the notice and requests therein;

9. Terran Cooper reserves all rights to raise and assert additional objections, including verbal objections not necessarily in the writing, to the notice and the requests therein as they become identified and apparent as this matter proceeds.

This the 13th day of February, 2018.

          HARLAN E. JUDD & ASSOCIATES, PSC
          869 Broadway
          P.O. Box 51093
          Bowling Green, KY  42102
          Telephone: (270) 904-4141
          Facsimile: (888) 590-2842

          */s/Harlan E.  Judd, III*
          Harlan E. Judd, III

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was electronically forwarded to the following:

Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Know Street, Suite A
Barbourville, Kentucky 40906

Timothy D. Lange
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401. W. Main Street
Louisville, Kentucky 40202

This the 13th day of February, 2018.

          */s/Harlan E.  Judd, III*
          Harlan E. Judd, III
          *Counsel for the Defendants*