UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*Electronically filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator** ) | |
| of the Estate of Lisa Noble, ) | |
| Deceased, ) | |
|     **Plaintiff** ) | |
| ) | Civil Action No.  6:17-cv-157-KKC |
| **v.** ) | |
| ) | |
| **BEACON TRANSPORT, LLC,** ) | |
| and **TERRAN COOPER,** ) | |
|     **Defendants** ) | |

**AMENDED
NOTICE OF INSPECTION
PURSUANT TO RULE 34**

Comes now the Plaintiff, by counsel, and states that on February 2, 2018, he filed a notice of inspection pursuant to Rule 34 and said inspection was scheduled for February 22, 2018.  On February 15, 2018 the Defendants requested that the inspection be rescheduled for February 19, 2018.

Therefore, Plaintiff hereby notifies all parties, pursuant to Rule 34 of the Federal Rules of Civil Procedure and pursuant to the request of the Defendants, that on **Monday, February 19, 2018**, at the hour of **1:00 o'clock p.m.**, at the law offices of **Benson, Risch & Lange, PLLC**, 401 W. Main Street, Suite 2150, Louisville, Kentucky 40202, an inspection shall take place of the following tangible items:

    1.  Any and all mobile or cellular phones, tablets, laptops, still and/or video cameras to which the Defendant, Terran Cooper, had access on January 5, 2017, and in

particular the mobile or cellular phone or any other devise(s) the Defendant, Terran Cooper, used to take photographs and/or video at the scene of the collision which is the subject matter of this litigation. Appropriate charging devices and access codes should also be produced so that the data from the devices can be fully downloaded.

Said inspection shall take place for purposes of discovery and all other purposes permitted by the Federal Rules of Civil Procedure.

The Plaintiff will have a IT expert available to inspect the requested devises and will download data from said devices.

**Timothy D. Lange**
**BENSON, RISCH & LANGE, PLLC**
**401 W. Main Street, Suite 2150**
**Louisville, Kentucky 40202**
**Telephone: (502) 583-8373**

**D. Randall Jewell**
**JEWELL LAW OFFICE, PLLC**
**P.O. Drawer 670**
**Barbourville, Kentucky  40906**
**Telephone:  (606) 546-9714**

**Billy J. Taylor**
**TAYLOR LAW OFFICE, PLLC**
**110 Knox Street, Suite A**
**Barbourville, Kentucky 40906**
**Telephone:  (606) 545-0224**

**By:  *s/D. Randall Jewell*_____**
            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On February 18, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

And my office e-mailed this document to:

> Harlan E. Judd, III
> Harlan E. Judd & Associates
> P.O. Box 51093
> Bowling Green, Kentucky 42102
> *harlanjuddlaw@gmail.com*

                              **By: *s/D. Randall Jewell***
                                **ATTORNEYS FOR PLAINTIFF**