**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**DAVID WILSON, as Administrator of the**

**Estate of Lisa Noble, Deceased, Plaintiff**

**VS.**                                           **C.A. No.:  6:17-157-KKC**

                                                  **SECONDED AMENDED NOTICE OF**
                                                  **TAKE DEPOSITION OF TERRANCE**
                                                  **COOPER**

**BEACON TRANSPORT, LLC and**

**TERRAN COOPER, Defendants**

---

Please take notice that Plaintiff, by the undersigned counsel, will proceed to take the deposition on February 19, 2018 **at 1:00 p.m.** at the office of Benson, Risch & Lange PLLC, 401 West Main Street, Suite 2150, Louisville, Kentucky, 40202 of Defendant Terrance Cooper in light of Mr. Cooper's failure to appear for his initial deposition scheduled herein and agreement to appear as noticed herein. This deposition is to be taken pursuant to and for all purposes provided under the Federal Rules of Civil Procedure by video and stenographically.  The deposition will continue from day to day, Saturdays, Sundays and Court Holidays excluded, until completed.

Respectfully Submitted,

__S/Timothy D. Lange_____
**TIMOTHY D. LANGE**
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401 W. Main Street

Louisville, Kentucky, 40202
(502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky  40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing with attendant documents produced has been served upon counsel on this 15th day of February, 2018 by regular U.S. Mail to

Hon. Harlan E. Judd, III
Harlan E. Judd & Associates, P.S.C.
869 Broadway Avenue
P.O. Box 51093
Bowling Green, Ky  42104
(and also by email to Harlanjuddlaw@gmail.com)


and to Video Court Reporting Services, Inc.
by electronic notice only.

_____s/ Timothy D. Lange_____
Timothy D. Lange

2