UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*Electronically filed*

| | |
|---|---|
| DAVID WILSON, as Administrator ) <br> of the Estate of Lisa Noble, ) <br> Deceased, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> BEACON TRANSPORT, LLC, ) <br> and TERRAN COOPER, ) <br>     Defendants ) | Civil Action No. 6:17-cv-157-KKC |

## NOTICE OF CANCELLATION OF VIDEO DEPOSITIONS

Comes now the Plaintiff, by counsel, and gives notice that the following depositions which were scheduled to take place on February 22, 2018 are **CANCELLED**:

1. Toby Curry (scheduled for 10:00 a.m.)

2. Michael D. Anderson (scheduled for 1:00 p.m.)

3. Tammy Saylor (scheduled for 2:00 p.m.); and

4. Selena Moore (scheduled for 3:00 p.m.)

                                          Timothy D. Lange
                                          BENSON, RISCH & LANGE, PLLC
                                          401 W. Main Street, Suite 2150
                                          Louisville, Kentucky 40202
                                          Telephone: (502) 583-8373

        D. Randall Jewell
        **JEWELL LAW OFFICE, PLLC**
        **P.O. Drawer 670**
        **Barbourville, Kentucky  40906**
        **Telephone:  (606) 546-9714**

        **Billy J. Taylor**
        **TAYLOR LAW OFFICE, PLLC**
        **110 Knox Street, Suite A**
        **Barbourville, Kentucky 40906**
        **Telephone:  (606) 545-0224**

        By: **_s/D. Randall Jewell_**
          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On February 20, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

And my office e-mailed this document to:

  Harlan E. Judd, III
  Harlan E. Judd & Associates
  P.O. Box 51093
  Bowling Green, Kentucky 42102
  *harlanjuddlaw@gmail.com*

        By: **_s/D. Randall Jewell_**
          **ATTORNEYS FOR PLAINTIFF**