**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**(Electronically Filed)**

| | |
|---|---|
| DAVID WILSON, as Administrator ) <br> Of the Estate of Lisa Noble, ) <br> Deceased, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> BEACON TRANSPORT, LLC, and ) <br> TERRAN COOPER, ) <br>     Defendants ) <br> _____) | Civil Action No.: 6:17-157-KKC |

**NOTICE OF INSPECTION PURSUANT TO RULE 34**

Comes now the Defendants, by counsel, and hereby notifies all parties that pursuant to Rule 34 of the Federal Rules of Civil Procedure, an inspection will take place on Wednesday, March 14th, 2018, at 10:30 a.m. EST, of the following tangible items:

1. Any and all mobile or cellular phones, tablets, laptops, still and/or video cameras to which the Plaintiff, Lisa Noble, had access on January 5, 2017, and in particular the mobile or cellular phone or any other devices the Plaintiff, Lisa Noble, used to take photographs and/or video at the scene of the collision which is the subject matter of this litigation. Appropriate charging devices and access codes should be produced so that the data from the devices can be fully downloaded.

Said inspection shall take place at Jewell Law Office, PLLC at 138 Court Square, Barbourville, Kentucky, for purposes of discovery and all purposes permitted by the Federal Rules of Civil Procedure.

The Defendants will have an IT expert available to inspect the requested devices and will download data from said devices.

This the 12th day of March, 2018.

> JUDD, SATTERFIELD & ASSOCIATES, PLLC
> 869 Broadway Ave
> P.O. Box 51093
> Bowling Green, KY 42102
> (270) 904-4141
> (888) 590-2842
>
> */s/ Harlan E. Judd, III*
> _____
> Harlan E. Judd, III
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail addressed to the following:

Timothy D. Lange
Benson, Risch & Lange, PLLC
401 W. Main Street, Ste 2150
Louisville, KY 40202

D. Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, KY 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Knox Street, Ste A
Barbourville, KY 40906

This the 12th day of March, 2018.

> */s/ Harlan E. Judd, III*
> _____
> Harlan E. Judd, III
> *Counsel for Defendants*