Eastern District of Kentucky
**F I L E D**
Apr - 23 2018
Robert R. Carr
Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**GENERAL ORDER NO. 18 - 04**

IN RE:  MATTERS ASSIGNED TO THE HONORABLE CLARIA H. BOOM

<u>**ORDER**</u>

Effective immediately, **IT IS ORDERED** that the following civil matters be **REASSIGNED** for further proceedings as follows:

| | | | |
|---|---|---|---|
| 5:14-279 | Bailey v. Ingram | 5:17-8 | Williams v. McDonald |
| 5:15-337 | Jones v. Clark County, Kentucky | 5:18-209 | Afshari v. Copper John Corporation |
| 5:16-309 | Seaton v. US Dept of Ag | 5:18-197 | Zeefe v. American Heritage Life |
| 5:16-92 | Sherwood v. Cook Out | 5:18-49 | SEC v. Scurlock |
| 5:17-506 | Osborne v. CF Kentucky Owners | 5:18-32 | Bell v. Bell |
| 5:17-478 | Marstella v. AT&T | 5:18-24 | Brookdale Sr. Living v. Pace |
| 5:17-464 | Elkins v. Wal-Mart | 5:18-17 | Citizens Capital v. Blue Diamond |
| 5:17-457 | Baker v. Wal-Mart | 5:18-16 | Fields v. Stanley |
| 5:17-450 | Sparks v. Fifth Third | 5:18-11 | Imagetec v. Lexmark |
| 5:17-435 | Yeoman v. Weltman | 5:18-03 | Dunn v. Speer |
| 5:17-430 | Blazer v. Chrisman Mill Farms LLC | 6:16-187 | Farrington v. Biomet |
| 5:17-404 | Johnson v. Wells Fargo Bank | 6:17-326 | Lunsford v. Experian Information |
| 5:17-393 | Hager v. Pennsylvania Higher Ed | 6:17-324 | Collett v. Nissan North America |
| 5:17-375 | Shook v. Dickson | 6:17-308 | Atlantic Specialty v. Stanley |
| 5:17-361 | Farias v. RCI | 6:17-221 | Bowling v. Wal-Mart |
| 5:17-351 | Norton v. Toothman | 6:17-157 | Wilson v. Beacon Transport |
| 5:17-349 | Hart v. PNC Financial | 6:17-154 | Irwin v. Auto-Owners |
| 5:17-309 | Crawford v. EKU | 6:18-118 | Koger v. State Farm |
| 5:17-303 | Slack v. Equifax | 6:18-114 | Cox v. CTA Acoustics |
| 5:17-290 | Cruse v. Schneider | 6:18-112 | Meece v. Life Insurance Company |
| 5:17-259 | Serdyuk v. Allstate | 6:18-106 | Hardwick v. First Resolution Investment |
| 5:17-240 | Tuttle v. Baptist Health Medical | 6:18-63 | Marcum v. Enhanced Recovery |
| 5:17-237 | Eckstein v. L'Escalade Fitness | 6:18-53 | Byrd v. Tri-State Health |
| 5:17-235 | Dockies v. Experian | 7:17-185 | Anderson v. Wheeler |
| 5:17-228 | Union Security Insurance v. Hockensmith | 7:17-184 | White v. USA |
| 5:17-213 | Highley v. 21st Century | 7:18-46 | Justice v. Safeco Insurance Company |
| 5:17-186 | Lear v. Hitachi America | 7:18-44 | Barker v. Wal-Mart |
| 5:17-183 | Day v. Air Methods Corporation | 7:18-40 | Columbia Gas v. Lockard |
| 5:17-173 | Philpot v. LM Communications of SC | 7:18-38 | Chaffins v GEICO |
| 5:17-146 | Miller v. Lawson | 7:18-35 | Mineer v Specialized Load Servicing |
| 5:17-106 | Davis v. T. Monroe | 7:18-34 | Daily Underwriters v. Caudill |
| 5:17-69 | Gray v. Hampton | 7:18-32 | Arch Coal v. Quest |
| 5:17-33 | Anderson v. USA | 7:18-29 | Kendrick v Aetna Life Insurance |

| | |
|---|---|
| 7:18-25 | Nationwide v. Tackett |
| 7:18-21 | Smith v. GEICO |
| 7:18-20 | Minix v. Shinault |
| 7:18-12 | Hite v. JKM |
| 7:18-11 | Huang v. Presbyterian Church |

A copy of this Order shall be filed in each appropriate case with a copy to all counsel.

Dated April 23, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY