UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff** | C.A. No.: 6:17-157-KKC |
| **VS.** | NOTICE OF COMPLIANCE OF SERVICE OF PLAINTIFF'S FRCP 26(a)(2) EXPERT WITNESS DISCLOSURES TO DEFENDANTS COOPER AND BEACON TRANSPORT, LLC. |
| **BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants** | |

The Plaintiff, by counsel, served counsel for the Defendant, Harlan Judd, Plaintiff's FRCP26(a)(2) disclosures today in compliance with the Scheduling Order of record in this matter at Docket No. 12 by regular U.S. Mail service to his office address, postage pre-paid to:

    Hon. Harlan E. Judd, III
    JUDD, SATTERFIELD & ASSOCIATES, PLLC
    869 Broadway Avenue
    P.O. Box 51093
    Bowling Green, Ky  42104

                                          Respectfully submitted,

                                            /s/Timothy D. Lange_____
                                          Timothy D. Lange
                                          BENSON, RISCH & LANGE, PLLC

        401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky  40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on the foregoing was filed June 1, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/    Timothy D. Lange
TIMOTHY D. LANGE