UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

DAVID WILSON, as Administrator of the
Estate of Lisa Noble, Deceased, Plaintiff

vs.                                                    )
                                                       )
                                                       )
                                                       )   CIVIL ACTION NO. 6:17-157-KKC
                                                       )
BEACON TRANSPORT, LLC and                              )
TERRAN COOPER, Defendants

## NOTICE TO TAKE DEPOSITION

Notice is hereby given that the Defendants, by counsel, will proceed to take the deposition

of Selena Moore, on the 26th day of June, 2018, at 9:30 a.m. E.S.T. at Whitley County Judicial

Center, in the Law Library, 100 Main Street, Williamsburg, KY 40769.

Said deposition will be taken upon cross-examination, for purposes of discovery and for all

other purposes allowable under the Kentucky Rules of Civil Procedure.

This the 8th day of June, 2018.

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, KY 42102
Telephone: (270) 904-4141
Facsimile: (888) 590-2842

/s/Harlon E. Judd, III
Harlan E. Judd, III

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail on the 8th of June, 2018, addressed to the following:

Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Know Street, Suite A
Barbourville, Kentucky 40906

Timothy D. Lange
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401. W. Main Street
Louisville, Kentucky 40202

Selena Moore
481 Molus Hollow Road
Coldiron, KY 40819

### VIA EMAIL:

Kentuckiana Court Reporters
730 W Main Street # 101
Louisville, KY 40202
*schedule@kentuckianareporters.com*

This the 8th day of June, 2018.

*/s/Harlan E. Judd, III*
Harlan E. Judd, III
*Counsel for the Defendants*

2