UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

DAVID WILSON, as Administrator of the
Estate of Lisa Noble, Deceased, Plaintiff

vs.                                                      )
                                                         )  CIVIL ACTION NO. 6:17-157-KKC
                                                         )
BEACON TRANSPORT, LLC and          )
TERRAN COOPER, Defendants          )
                                                         )
_____

## AMENDED NOTICE TO TAKE DEPOSITION

Notice is hereby given that the Defendants, by counsel, will proceed to take the deposition of Jeffrey W. Muttart on the 11th day of September, 2018 at 9:00 a.m. E.S.T at Courtyard by Marriott Hartford Cromwell, 4 Sebethe Drive, Cromwell, CT 06416, in the King Room Conference Room.

Said deposition will be taken upon cross-examination, for purposes of discovery and for all other purposes allowable under the Kentucky Rules of Civil Procedure.

This the 7th day of September, 2018.

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, KY  42102
Telephone: (270) 904-4141
Facsimile:  (888) 590-2842

/s/Harlan E. Judd, III_____
Harlan E. Judd, III

2

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail on the 7th day of September, 2018, addressed to the following:

Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Know Street, Suite A
Barbourville, Kentucky 40906

Timothy D. Lange
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401. W. Main Street
Louisville, Kentucky 40202

Jeffrey W. Muttart
201 W High St.
Unit B-8
East Hampton, CT 06424

                                                */s/Harlan E. Judd, III*_____
                                                Harlan E. Judd, III
                                                *Counsel for the Defendants*