UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| DAVID WILSON, *as Administrator of the Estate of Lisa Noble*,<br><br>Plaintiff,<br><br>v.<br><br>BEACON TRANSPORT, LLC, and TERRAN COOPER,<br><br>Defendants. | No. 6:17-CV-157-CHB-HAI<br><br>ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

On September 18, 2018, counsel for Defendants contacted chambers to request a teleconference to address a discovery dispute pertaining primarily to the expert discovery deadline. **IT IS HEREBY ORDERED THAT** a telephonic conference, on the record, is **SCHEDULED** for **Tuesday, September 25, 2018, at 3:00 p.m.**, before Magistrate Judge Hanly Ingram.

**Before the close of business on Friday, September 21, 2018**, each side **SHALL** email to Chambers (ingram_chambers@kyed.uscourts.gov) a brief (i.e., no more than two pages) summary of the dispute. All submissions **SHALL** be copied to opposing counsel.

To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-888-675-2535, to enter Access Code 8810053 (followed by "#"), and, when requested, enter the Security Code 17157 (followed by "#").

This the 18th day of September, 2018.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge