UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
(Electronically Filed)

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff<br><br>vs.<br><br>BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 6:17-157-KKC<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANTS, BEACON TRANSPORT, LLC'S AND TERRAN COOPER'S MOTION FOR LEAVE TO TAKE THE DEPOSITIONS OF SELENA MOORE, TAMMY SAYLOR AND DR. DAVID DOUGLAS, OR IN THE ALTERNATIVE, FRCP 37 MOTION TO PROHIBIT TESTIMONY AND/OR USE OF STATEMENTS BY THE AFOREMENTIONED

THIS MATTER having come before the Court upon the Motion of the Defendants, Beacon Transport, LLC and Terran Cooper, seeking leave to take the depositions of Selena Moore, Tammy Saylor and Dr. David Douglas, or in the Alternative, FRCP 37 Motion to Prohibit Testimony and/or Use of Statements by the Aforementioned, Court being otherwise thoroughly and sufficiently advised;

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion of the Defendants, Beacon Transport, LLC and Terran Cooper, is hereby GRANTED.

IT IS SO ORDERED, this the _____ day of _____, 2018.

_____
JUDGE, HANLY A. INGRAM

Tendered by:

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, KY  42102
Telephone: (270) 904-4141
Facsimile:  (888) 590-2842

/s/ Harlan Judd
Harlan E. Judd, III

Clerk, send copies to:

Randall Jewell              [ ]
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906

Billy J. Taylor             [ ]
Taylor Law Office, PLLC
110 Know Street, Suite A
Barbourville, Kentucky 40906

Timothy D. Lange            [ ]
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401. W. Main Street
Louisville, Kentucky 40202