UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CIVIL MINUTES-GENERAL

CASE NO: **6:17-CV-157-CHB-HAI**      AT: **London**      DATE: **November 6, 2018**

STYLE:   **David Wilson, Adm. of Estate of Lisa Noble v. Beacon Transport, LLC, et al.**

---

**PRESENT: HON.  HANLY A. INGRAM, MAGISTRATE JUDGE**

| Sheila Douglas | Audio File Number |
|---|---|
| Deputy Clerk | Court Reporter |

```
I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file KYED-LON_6-17-CV-157-CHB-HAI_20181106_145937.
```

**ATTORNEYS PRESENT FOR PLAINTIFF:**      **ATTORNEY PRESENT FOR DEFENDANTS:**
Timothy Lange                                                     Harlan Judd

**PROCEEDINGS: TELEPHONIC CONFERENCE CALL**

This matter was scheduled for a telephonic conference with counsel participating as noted.

Counsel for Defendant asked for guidance and understanding of the Court's order at DE #96. After hearing from counsel, for the reasons and in the manner stated, IT IS ORDERED as follows:

1. Defendants are GRANTED leave to file a motion for sanctions under Rule 37 on or before November 16, 2018. Plaintiff SHALL respond on or before November 30, 2018, and the motion will then stand submitted for decision. The leave granted to Defendants does not include allowing Defendants to renew their motion for leave to take the depositions addressed by the Order at Docket Entry 96.

2. The deadline for filing objections to the Court's Order at Docket Entry 96 is hereby EXTENDED to the same date for objections to the Court's future ruling on the motion allowed by paragraph 1 above.

**COPIES TO:**

**COR**
Clerk's Initials: syd

TIC:  18 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge