
**BAPTIST HEALTH**

Baptist Health Corbin
1 Trillium Way
Corbin KY 40701-8727

NOBLE, LISA
MRN: 8910293457
DOB: 2/2/1968, Sex: F
Adm: 1/5/2017, D/C: 1/5/2017

### Flowsheets (all recorded) (continued)

#### Motor Vehicle Crash Assessments (Adult) (continued)

**01/05/17 11:20:24**

| | |
|---|---|
| Eye WDL | ex:eye symptoms -JL |
| Left Eye Symptoms | periorbital swelling;scleral hemorrhage -JL |
| Right Eye Symptoms | periorbital swelling -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Gastrointestinal WDL | |
| Gastrointestinal WDL | WDL abdominal distension noted, ecchymosis noted lower abdomen -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Genitourinary WDL | |
| Genitourinary WDL | ex:GU symptoms -JL |
| Signs/Symptoms | -- pt incontinent of urine -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Head/Face WDL | |
| Head Face WDL | WDL except head symptoms;face symptoms -JL |
| Head Symptoms | swelling generalized -JL |
| Face Symptoms | lesion(s);swelling generalized multiple superficial abrasions noted to face, 0.5 cm laceration noted L eyebrow, bleeding noted from bilateral nares, bleeding noted from bilateral ears -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Mouth/Teeth/Throat WDL | |
| Mouth/Throat WDL | ex;oral mucosa symptoms;lip symptoms -JL |
| Lip Symptoms | swelling -JL |
| Oral Mucosa Symptoms | -- blood noted in oral cavity, suctioning performed -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Musculoskeletal WDL | |
| Musculoskeletal WDL | ex:joint swelling -JL |
| Left Joint Swelling | wrist;hand;elbow;digit(s) (specify) open fracture with deformity noted L wrist, deformity noted L forearm, partial amputation noted L 4th finger, deformity noted L 5th finger, laceration noted L upper arm, ecchymosis noted generalized L arm -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Neck WDL | |
| Neck WDL | ex;symptoms -JL |
| Neck Symptoms | symmetrical;trachea midline c-collar in place -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Nose WDL | |
| Nose WDL | ex;nasal drainage -JL |
| Nasal Drainage | bloody -JL |
| Nasal Drainage Amount | moderate -JL |

**01/05/17 11:20:24**

| | |
|---|---|
| Safety WDL | |
| Safety WDL | ex -JL |

**EXHIBIT J**