UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CA NO.: 6:17-157-KKC

DAVID WILSON, as Administrator
of the Estate of Lisa Noble,
Deceased                                          PLAINTIFF

VS.

BEACON TRANSPORT, LLC
AND TERRAN COOPER                              DEFENDANTS

DEPONENT:   TERRAN COOPER

DATE:       FEBRUARY 19, 2018

Terran Cooper    February 19, 2018

1      Q.      And that's when you spoke to

2  somebody on the phone and personally verbally

3  reported the crash?

4      A.      Safety, yes.

5      Q.      Okay.

6      A.      Safety and driver manager.

7      Q.      And when you had that conversation,

8  it was before you actually got out of your

9  truck?

10     A.      Yes.

11     Q.      Okay.

12     A.      Procedure, yes.

13     Q.      And I keep jumping around a little

14 bit, but I just want to make sure that we've

15 got --

16     A.      And the second procedure is to

17 check the victim.

18     Q.      And did you check on her?

19     A.      Of course.  That's procedure.

20     Q.      And what did you find?

21     A.      Basically she was injured, so

22 basically I couldn't do nothing, basically.  The

23 main thing is, my job is to secure the scene of

24 the accident.  Check --

25     Q.      Did you see the people talking to

Terran Cooper    February 19, 2018

1    her and praying with her?

2         A.      Basically that was after the fact.

3         Q.      Did you see that?

4         A.      Yes, I did.

5         Q.      Okay.  And could you hear her

6    response?

7         A.      No.

8         Q.      Were you close enough to hear what

9    she -- what they were saying?

10        A.      No.

11        Q.      All right.  But you could tell they

12   were talking to her?

13        A.      Yes, they were standing around.

14        Q.      Okay.

15        A.      I don't know who they were.

16        Q.      Did you ever talk to any of the

17   fire people who responded?

18        A.      I don't know what the fire people

19   are.  All I know is that people start arriving.

20   Okay?  No IDs were shown, no nothing.

21             But I informed them that I am here

22   to secure the scene of the accident, and I

23   informed them to talk with the investigating

24   officer before they touch anything.

25        Q.      So did you tell them to get away

Terran Cooper    February 19, 2018

1 saying, We're trying to help her?

2       A.      Some -- I heard something, but it

3 was not my concern.   My concern was to protect

4 the scene of the accident.

5       Q.      Okay.

6       A.      And that is the person who was

7 injured.

8       Q.      What did you do to help her?

9       A.      Basically I looked at her.   When I

10 was on the phone with 911, 911 asked me, "Is she

11 alive?"

12             I said, "Yes, she is."

13             "Is she moving?"

14             I said, "Yes, she is."   I mean,

15 basically, I'm on the phone.   Okay?   I saw

16 everything that's in my sight.

17       Q.      Okay.

18       A.      My first priority, I knew what 911

19 was going to ask me.   "Does the person need

20 assistance?"

21             I said, "Yes, she does."   I told

22 911, if you get the recording, I said, "Possibly

23 I think this might be a fatality."

24       Q.      But at the time that you said that,

25 she was actually moving in the car?

Terran Cooper    February 19, 2018

1       A.      Yes.

2       Q.      Okay.   Did you ever make eye

3   contact with her?

4       A.      No.

5       Q.      Did you ever speak directly to her?

6       A.      No.

7       Q.      What was the closest you ever got

8   to her physically personally?

9       A.      I wasn't no more than four feet

10  from that person.   If you can see my truck and

11  see that vehicle, you can see how many feet I

12  was away from that vehicle.

13      Q.      And that's at the point that people

14  were coming up and they're talking to her and

15  they're --

16      A.      Before.

17      Q.      Okay.

18      A.      When nobody's there but three

19  vehicles.   My vehicle, the accident vehicle, and

20  the vehicle on the shoulder.

21      Q.      And what was Lisa doing in the car

22  then?

23      A.      Who's Lisa?

24      Q.      Ms. Noble, the lady that died.

25      A.      Basically she was just moving

Terran Cooper    February 19, 2018

1   around.

2        Q.      Okay.   Was she trying to talk to

3   you?

4        A.      I didn't get that close for her to

5   talk to me.

6        Q.      So you just stayed back?

7        A.      Stayed back.   That's my procedure.

8   If I cannot do nothing or to help her, I cannot

9   do nothing until emergency personnel arrive.

10       Q.      Did you say anything to her?

11       A.      No, I did not.

12              MR. LANGE:   So let me hand you one

13  more document.   This is Exhibit Number 16.

14              MR. JUDD:   Let's let her put a

15  sticker on it.

16              (Whereupon, the referred to

17              document was marked as Exhibit 16,

18              and is attached hereto and made a

19              part hereof.)

20       Q.      This is an August 15th, 2016

21  report -- I'm sorry -- record of corrective

22  action.   And it says at the bottom, "Received

23  complaint from Emporia Mixing that Terran failed

24  to follow required procedures to check in at

25  their facility, then lost his temper and was