LOUISVILLE    LEXINGTON    LONDON    FLORENCE    CINCINNATI    INDIANAPOLIS    ORLANDO    JACKSONVILLE    TAMPA



# KENTUCKIANA
## COURT REPORTERS

## CA NO. 6:17-157-CHB-HAI

## DAVID WILSON, AS ADMINISTRATOR

## OF THE ESTATE OF LISA NOBLE, DECEASED

## V.

## BEACON TRANSPORT, LLC AND TERRAN COOPER

### DEPONENT:

### DR. DONATO BORRILLO

### DATE:

## October 16, 2018


a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273


www.kentuckianareporters.com

The Deposition of DR. DONATO BORRILLO taken on October 16, 2018
Confidential
25

```
 1   to which additions had been made since your report was
 2   issued?
 3        A    Yes, sir.  That's what I mentioned before.
 4        Q    Okay.  Would you walk through that inventory
 5   and please identify what documents you received after
 6   the issuance of your report by reading those into the
 7   record?
 8        A    That would include only the two additions that
 9   we just mentioned, Ms. Tammy and Ms. Selena.
10        Q    Okay.  And so, have you reviewed their witness
11   statements?
12        A    Yes, sir.
13        Q    Have you considered their observations of
14   Ms. Noble, as stated in those now?
15        A    Yes, sir.
16        Q    And has your opinion changed as to whether or
17   not Ms. Noble was conscious at any point after this
18   impact in this crash, sir?
19        A    No.  I find Ms. Tammy's statements in support
20   of my conclusions.
21        Q    Okay.  How so?  Please explain to the jury.
22        A    Yes.  Ms. -- Ms. Tammy and her passenger, Ms.
23   Selena, came upon the accident scene, and when they
24   found Ms. Noble, they -- they found that she had a
25   pulse.  And Ms. Tammy, in her interview, makes mention
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  where she had to take an evasive maneuver, will you
 2  agree with me that that maneuver that she took failed,
 3  and this crash occurred?
 4       A    I know the crash occurred.  I'm not going to
 5  use the term "failed," as far as how it -- how it
 6  happened, but the crash definitely occurred and yes, at
 7  that time her heart rate should have been increased if
 8  it was -- if she was indeed responding to that event.
 9       Q    And how quickly upon the instance of damage to
10  the vehicle would she have lost consciousness?
11       A    The vehicle itself had significant damage to
12  the rooftop, the -- the upper area of the -- of the
13  auto, which is where Ms. Noble's head-neck area would
14  be.  And so, almost immediate -- as soon as the crash
15  occurred, you had almost immediate head injuries.  So
16  where -- where in -- in my mind, literally seconds, one
17  second or two seconds, how -- however long it takes for
18  that crash, and the top of the car, and the head to be
19  hit.  And then from that point on, you had a rather
20  immediate head injury with subsequent heart rate and
21  breathing that resulted --
22       Q    So --
23       A    -- that were found by paramedics.
24       Q    -- and I know that this is small, but in that
25  one to two seconds between the initial impact and her
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of DR. DONATO BORRILLO, taken on October 16, 2018
Confidential
38

```
 1  body's impact, she would have been able to see and
 2  perceive and feel what was going on in the vehicle,
 3  correct?
 4       A    Yes, sir.  I don't recall seeing an airbag, if
 5  her vision would have been obstructed.  But yes, for
 6  those brief seconds, yes.
 7       Q    And in that one to two seconds, when her head
 8  would have initially been struck, she would have been
 9  able to feel that blow?
10       A    Yes, sir.
11       Q    And that would have been painful for her?
12       A    Yes, that would have been -- that would have
13  been painful, uncomfortable, yes.
14       Q    And how quickly do you believe, sir, that her
15  heart rate would have escalated from that point?
16       A    You mean, decreased?
17       Q    Yes, sir.  I'm --
18       A    I believe --
19       Q    -- sorry.
20       A    -- you said --
21       Q    I'm going to have a --
22       A    You --
23       Q    -- continuing apology for my butching --
24  butchering your field's terminology.  I know how bad it
25  is, sir.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com