UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff** | |
| | C.A. No.: 6:17-00157-CHB-HAI |
| **VS.** | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56(A) ON THE ISSUE OF CONSCIOUS PAIN AND SUFFERING** |
| **BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants** | |

Comes the Plaintiff, by counsel, and respectfully moves the Court, pursuant to FRCP 56(a), to grant his Motion for Partial Summary Judgment on the issue of Conscious Pain and Suffering. A Memorandum in Support of the Plaintiff's Motion is submitted of even date herein.

Respectfully submitted,

  /s/Timothy D. Lange_____
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906
Telephone: (606) 546-9714

                    Billy J. Taylor
                    TAYLOR LAW OFFICE, PLLC
                    110 Knox Street, Suite A
                    Barbourville, Kentucky 40906
                    Telephone: (606) 545-0224

                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on the foregoing was filed November 27 , 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                    /s/    Timothy D. Lange
                    TIMOTHY D. LANGE