UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| DAVID WILSON, *as Administrator of the Estate of Lisa Noble*, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 6:17-CV-157-CHB-HAI |
| v. | ) ) ) | ORDER |
| BEACON TRANSPORT, LLC, and TERRAN COOPER, | ) ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On the Court's own motion, **IT IS HEREBY ORDERED THAT** a telephonic conference, on the record and for counsel only, is **SCHEDULED** for **Thursday, December 6, 2018, at 2:00 p.m.**, based in London, Kentucky. The purpose of the call is to discuss Defendant's pending motion at Docket Entry 99. Dial-in information is the same as provided at Docket Entry 89.

This the 3rd day of December, 2018.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge