UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CIVIL MINUTES-GENERAL

CASE NO: **6:17-CV-157-CHB-HAI**   AT: **London**   DATE: **December 6, 2018**

STYLE:   **David Wilson, Adm. of Estate of Lisa Noble v. Beacon Transport, LLC, et al.**

PRESENT: HON.   **HANLY A. INGRAM, MAGISTRATE JUDGE**

| **Kim Allen** | **Audio File Number** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

I, Kim Allen, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-17-CV-157-CHB-HAI_20181206_144229.

**ATTORNEYS PRESENT FOR PLAINTIFF:**   **ATTORNEY PRESENT FOR DEFENDANTS:**
Timothy Lange                        Harlan Judd

**PROCEEDINGS: TELEPHONIC CONFERENCE CALL**

This matter was scheduled for a telephonic conference with counsel participating as noted. Also on the call was Dixie Satterfield. The purpose of the conference call was to discuss Defendant's pending motion at DE #99.

After hearing from counsel, for the reasons and in the manner stated, IT IS ORDERED as follows:  The defendant shall file a notice in the record on or before December 10, 2018 indicating whether counsel for the parties will pursue an agreed order allowing depositions of Selena Moore and Tammy Saylor or if they prefer the undersigned to issue a ruling on the motion.

**COPIES TO:**

**COR**
**Clerk's Initials: kja**

TIC:  13 min.

Signed By:
Hanly A. Ingram
United States Magistrate Judge