UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

DAVID WILSON, as Administrator of the
Estate of Lisa Noble, Deceased, Plaintiff
)
vs. )
) CIVIL ACTION NO. 6:17-157-KKC
)
BEACON TRANSPORT, LLC and )
TERRAN COOPER, Defendants )
)
_____

## NOTICE OF FILING

Comes now the Defendants, Beacon Transport, LLC and Terran Cooper, by counsel and pursuant to the Magistrate Judge's Order, hereby respectfully advises the Magistrate that the Defendants request that the Magistrate rule upon the Defendants' FRCP 37(c) Motion.

This the 10th day of December, 2018.

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, KY  42102
Telephone: (270) 904-4141
Facsimile:  (888) 590-2842

*/s/Harlan E.  Judd, III*_____
Harlan E. Judd, III

## CERTIFICATE OF SERVICE

       This is to certify that a true and exact copy of the foregoing was emailed and/or sent by the Court's ECF system on the 10th day of December, 2018, addressed to the following:

Randall Jewell
Jewell Law Office, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906

Billy J. Taylor
Taylor Law Office, PLLC
110 Know Street, Suite A
Barbourville, Kentucky 40906

Timothy D. Lange
Benson Risch & Lange, PLLC
One Riverfront Plaza
Suite 2150
401. W. Main Street
Louisville, Kentucky 40202

 

                                                  */s/Harlan E. Judd, III*_____
                                                  Harlan E. Judd, III
                                                  *Counsel for the Defendants*