The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

13

```
 1  remember a lot of traffic, because we had to turn around
 2  on the road and go out a different way.
 3      Q    Okay.  All right.  And so, you're going along;
 4  nobody else is in the car with you?
 5      A    No one else was in the car with me, no.
 6      Q    Okay.  And can we agree that the accident
 7  happened on January 5, 2017?
 8      A    I don't remember the exact day, but I can -- I
 9  can -- I don't remember the exact date.
10      Q    Okay.  That particular day, there's been other
11  testimony in this case that the school systems in the
12  area were letting out because the weather was going to
13  get bad?
14      A    I don't remember; I don't know.
15          MR. JEWELL:  Objection.
16      Q    Okay.  Do you remember anything about the
17  weather that day?  Was it bright, sunny, rainy, sleety,
18  snowy?
19      A    Right after the accident, I remember it
20  starting just -- just barely snow.  Like, right after
21  the accident, but it was not long before the first
22  responders got there that it was starting to snow, right
23  at that exact location.
24      Q    Okay. All right.  Now, can we agree that the
25  place where this accident happened, there's a -- it's on
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  an incline?  It's going uphill?

2      A    I believe so, yes.

3      Q    Okay.  And to get to that uphill position, you

4  had to come down a hill into a valley, and then start

5  back uphill.  Would that be a fair characterization?

6      A    I believe so.  I don't fully remember.

7      Q    Okay.  Tell me what you remember about that

8  day from here?

9      A    I remember I was in the fast-bound lane, and I

10 remember getting couple car lengths from the truck.  And

11 whenever you're on the interstate, you just -- I didn't

12 expect it to be in that lane, and I about didn't catch

13 it myself, so...  But I seen the big truck there, after

14 getting kind of closer to it, and I got over into the

15 other lane.  And I'd say I was running about -- a little

16 under 70, I'd say.  And I seen -- I was in the slow

17 lane, and Lisa passed me in the left lane, in the fast-

18 bound lane, and she got up about right on the truck, and

19 at the last second she jerked the truck -- or jerked the

20 car.  And I remember it, like -- like, slinging the car.

21 And it ripping the roof.  And I believe, whenever I

22 stopped, that I moved -- after I stopped, I believe I

23 moved my car off the road just a little.  I remember I

24 wasn't the first one to -- up there to the scene, there

25 was people -- because I was still in shock.  There was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      Q     Okay.  At that point in time, were you able to
 2   observe and make a determination about how fast that
 3   truck was going at that point in time?
 4      A     Yeah.
 5      Q     Okay.
 6      A     Because I was coming up on it fast.
 7      Q     All right.  How fast do you think it was
 8   going?
 9      A     I didn't think it was moving at all.  I don't
10   know if it stopped, or what's happened.  But from --
11   from the time I've got over, the trucks was never moved.
12   From the time I got over into the slow lane.
13      Q     Okay.  And so, help me to understand the
14   distance at which you first observed -- as we sit here
15   today, you don't remember that distance?
16      A     I was -- I don't exactly remember, that is
17   correct.  I had -- I'd say three or four car lengths,
18   maybe, at -- at the most, I'd say.  I -- don't hold me
19   to that, I just -- rough estimate.
20      Q     What other vehicles -- were there any other
21   cars in front of you, in between you and the truck?
22      A     Between me and the truck, at that time?
23      Q     Yes, sir.
24      A     No.
25      Q     Okay.  And were you aware of Ms. Noble was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00157-CHB-HAI   Doc #: 114-1   Filed: 12/14/18   Page: 4 of 9 - Page ID#: 1734
The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

17

1  located when you first observed the truck?
2      A    She was behind me, but I don't know exactly --
3  I know she was in my lane, but I don't exactly recall
4  how far or close she was.  I'd say she was probably a
5  car length behind, as normal, but...
6      Q    Had she been following you for any distance?
7      A    Not that I can recall.  I can't -- I don't --
8  I don't know.
9      Q    Like -- and here's an example of this.  I was
10 coming over here today, and there was a car that got
11 right up on my bumper as I was coming between Somerset
12 and London.  And that car followed me for --
13          MR. JEWELL:  Noted objection.
14     Q    -- followed me for three miles.  You don't
15 have any memory of her being right on your bumper and
16 following you for some period of time, do you?
17     A    No.
18     Q    Was the first time that you observed her, or
19 the first time you really remember her vehicle, is when
20 it passed you on the left-hand side?
21     A    When I noticed her, she was probably about
22 level with me.  And I seen the truck, so I was trying to
23 slow down.  And at the time, I realized there was
24 nowhere she could get by, but where it was sitting, I
25 didn't -- I mean, I barely recognized it myself, I could

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

18

1 have been in the same situation. But -- because, I
2 mean, I just never really noticed the truck sitting in
3 the fast-bound lane. It's just not -- that you can --
4 you know, you're going a certain speed, and it's just --
5 I guess she was closer to it than I was, too. It was a
6 big distance -- a big difference, because she was closer
7 to it, where she hit.
8     Q   Now, help me with this; at the point in
9 time -- do you remember we talked about the fact that
10 this accident happened when you went down a downhill,
11 you hit a valley, and then you came back up? And it
12 happened on the incline?
13     A   Uh-huh.
14     Q   Were there other cars in front of you when you
15 started down the hill?
16     A   Whenever I come down the hill -- I don't
17 remember.
18     Q   Okay. When you first -- did you see other
19 cars pass the tractor-trailer on the right-hand side?
20 Did you observe other vehicles moving over and passing
21 that vehicle?
22     A   I didn't think I seen any vehicles --
23     Q   Okay.
24     A   -- passing that -- I don't -- I don't
25 remember, truthfully.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

21

1   been able to think of that it could have been for the
2   last while.
3        Q    Okay.  With respect to the speed of Ms.
4   Noble's vehicle, did you have an opportunity to form an
5   opinion as to how fast she was going when she struck the
6   back of Mr. Cooper's truck?
7             MR. JEWELL:  Objection.
8        A    I can --
9        Q    Go ahead and answer the question.  Sure.
10       A    I'd say somewhere around 70 miles an hour,
11  because I was slowed down.  She passed me.  I was
12  slowing down from about 70, 73, so I was slowing down,
13  and to try to let her over.  So I'd say she was going
14  about 70 or something.  It was, like, she had the car on
15  cruise control, because she -- ain't really that she was
16  hitting the brakes, she just kind of jerked it.  And
17  she -- they said she barely caught the corner of the
18  truck.  She about missed it.
19       Q    After the accident, did you have an
20  opportunity to walk around the scene, kind of where
21  everything happened?
22       A    For the most part, yeah.
23       Q    Did you see any -- you know what brake marks
24  are, when a car -- when somebody presses the brakes, it
25  leaves a black mark on the pavement?  Did you see

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q    At the time that you saw it, and you perceived
2  it to be stopped in the fast lane of Northbound I-75,
3  did you notice any lights on?
4  A    No.
5  Q    Did you see flashing emergency lights?
6  A    No.
7  Q    Did you see a signal light?
8  A    No.
9  Q    Did you see brake lights?
10 A    No.
11 Q    Now, are those things that you would remember,
12 as we're sitting here today, that would have caused you
13 to notice him earlier?
14 A    Yeah.  I mean, I would have noticed him
15 earlier if I'd seen flashers on, but...
16 Q    But they weren't?
17 A    I didn't see them, no.
18 Q    Now, when you did see the truck, and you got
19 over --
20 A    Uh-huh.
21 Q    -- into the right lane, you slowed from the
22 speed -- let me establish this.  The speed limit on I-75
23 at that point is 70 miles per hour?
24 A    Correct.
25 Q    And that's approximately what you were going?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    73 to 70, yes, sir.
 2      Q    Yeah.  So you pulled -- when you saw the
 3 truck, you braked and pulled into the right lane?
 4      A    Yes.
 5      Q    Because it was sitting there?
 6      A    Yeah.
 7      Q    Did you recognize the tractor-trailer sitting
 8 there in the fast lane of I-75 -- did you recognize this
 9 as being a hazard?
10      A    Yes.  I've never seen one sitting there in the
11 fast lane before.
12      Q    It was something you weren't expecting, nor
13 had ever seen before?
14      A    Correct.
15      Q    And so you got over?
16      A    Yes, sir.
17      Q    And when you got over, a car passed you?
18      A    Yes.
19      Q    Now, that is the first time that you actually
20 perceived the white Volkswagen Jetta operated by Lisa
21 Noble; is that correct?
22      A    Yes.  That's what I remember.
23      Q    You were pulling over into the slow lane, and
24 breaking, and she went behind you?
25      A    Uh-huh.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

38

```
 1    Q    With all that going on, were you able to
 2  perceive a speed for her vehicle?
 3    A    I mean, I couldn't tell you exactly.  I'd say
 4  she was going around -- in my opinion, I'd say she was
 5  going about 70 miles an hour.  Because I was slowing
 6  down --
 7    Q    You don't think she was --
 8    A    She didn't pass me too fast, like a bullet,
 9  but I mean, I was slowing down and such, and she was
10  going a little faster.  So I'd say I was around 65 and
11  she was going about 70 whenever I was over, because I
12  was braking.
13    Q    To your recollection, as we sit here today, do
14  you recall whether or not you observed the Jetta in your
15  rear-view mirror at any time before she passed you?
16    A    Not that I remember, no.
17    Q    Okay.
18    A    I just, kind of --
19    Q    So you're not saying she was tailgating you or
20  anything like that?
21    A    No.  I'm not saying she wasn't.  In fact, I
22  was mostly focused in front of me on the interstate, but
23  no.  I definitely look behind me a lot.  But not that I
24  can remember, no.  I'm sorry.
25    Q    Now when you did perceive this hazard and got
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com