UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

**DAVID WILSON, as Administrator of the
Estate of Lisa Noble, Deceased, Plaintiff**

**VS.**

**BEACON TRANSPORT, LLC and
TERRAN COOPER, Defendants**

**C.A. No.:  6:17-157-KKC**

**AFFIDAVIT OF TAMMY SAYLOR**

---

Comes now the affiant, after first being duly sworn, and states as follows:

1. My name is Tammy Saylor.  On January 5, 2017, at approximately 11:00 a.m., I was travelling north on interstate 75 in the right hand lane.

2. I witnessed a motor vehicle collision between a tractor trailer and a white Volkswagen Jetta.

3. On the date of collision and at the scene I gave my statement to the officer on scene which is attached hereto as Exhibit 1.  The statement is true and accurate.

4. I have reviewed the transcripts of my previous statements.  I gave a recorded telephone statement to Ashley Noble, an investigator for Stidham Reconstruction and Investigation, on February 17, 2017 at approximately 3:43 p.m. as to what I saw and what occurred after the wreck.  That statement is attached as Exhibit 2.  Further, I have reviewed the transcript of a second statement and interview that I gave to Ashley Noble on February 1, 2018 at approximately 12:10 p.m. attached hereto as Exhibit 3.  I have also reviewed the video taken at the same time as the second statement attached hereto as Exhibit 4.  The transcripts and video are true and accurate.

5. On January 5, 2017, the date of the collision, I observed the tractor trailer in the left hand lane on North I-75.  It appeared to me that the tractor trailer was stopped in the left lane.  I did not observe any flashing lights whatsoever on the tractor trailer.  I saw no brake lights, no emergency flashers and no signal light.

6.  Two (2) vehicles passed our vehicle in the left hand lane. They were travelling between 55 and 60 miles per hour. The second vehicle, the white Volkswagen, appeared to attempt to change from the left hand lane into the right hand lane but, was unable to do so and collided with the rear right corner of the tractor trailer.

7.  Selena Moore and myself pulled into the right emergency lane, got out of our car and went to the white Volkswagen.

8.  I observed a female in the driver's seat. She was obviously injured. I pulled the drivers side door open and learned Lisa's name from her work badge. I began to talk to Lisa. I tried to calm Lisa. Her breathing was erratic. When I would talk to her, I touched her on the face, I was trying to soothe her and I could tell, you could tell when I was talking to her, how she was responding, like Lisa, I said, "Lisa you can do this, help is on the way. I didn't want her to know how she looked by the way I talked to her. I tried to keep her calm, but she blinked her eyes a couple of times and then it was like she tried but…she was just dying. I held Lisa's hand and prayed with her. I held her hand and this was what I remember more than anything, when I was praying with her, it is just like she just bent down and held onto my hand.

9.  At some point, prior to the EMT's arrival, Lisa became non-responsive.

10.  I have read this affidavit; both statements and transcripts taken by Ashley Noble; the video recorded by Ashley Noble; the statement I gave at the scene to the officer, they are true as I verily believe.

Further the affiant sayeth naught.

This 14ᵗʰ day of October, 2018.

TAMMY SAYLOR

STATE OF KENTUCKY

COUNTY OF KNOX

The foregoing Affidavit was subscribed and sworn to before me by Tammy Saylor on this 14ᵗʰ day of October , 2018.

My Commission Expires: September 17, 2021

NOTARY PUBLIC

1-5-17

Tammy Saylor
481 Mains hollow Rd
Baldican Ky 40819
606 664 0899 or 606 280 0535

I was traveling on I75 towards Corbin when
we came up on a stalled Semi truck stopped
in the left lane with no flashers or triangles
A white car passed us going around 60 mph.
The car didnt break until right upon the semi
The car did a small sterr the the right clipped
the semi. We pulled over I ran to the victem
took her pulse she had pulse was breathing. I
covered her up. The truck driver then turned
on his flashers and put out triangles. 911 was
called ems and officers arrived within minutes. The
truck driver during this time was widéoing and
saying things to ems.

11-17-0022 -11



## STIDHAM RECONSTRUCTION & INVESTIGATION, L.L.C.

1
2  **NAME:**            **TAMMY SAYLOR**
3  **DATE:**

4  **TIME:**

5  **LOCATION:**        **TELEPHONIC**

6  **INTERVIEWER:**     **ASHLEY NOBLE**

7  **CASE:**            **ESTATE OF LISA NOBLE**

8

9  Q.      Hello, this is Ashley.

10 **A.      Hi, (unintelligible).  My name is Tammy Saylor, about**

11 **a--a wreck that was on I-75.**

12 Q.      Yes, Tammy, I—We are trying to reconstruct that vehicle

13         accident and we're working for the    attorney, Randy

14         Jewell, and he has asked us to interview the witnesses

15         that day, and—

16                                              0:00:24.2

Page 1 of 19 Pages

1   **A.**        **Uh-huh (affirmative).**

2   Q.        --do you recall that vehicle accident?

3   **A.**        **Yeah, I was right there.  I was the first one to get to**

4               **her.**

5   Q.        Okay.  Do you care if I record our conversation and that

6               way I don't have to take notes?

7   **A.**        **Well, let me ask you, who is this attorney working for,**

8               **(unintelligible)?**

9   Q.        We're working for the Estate of Lisa Noble.

10  **A.**        **Okay.  I'm okay with doing that then.**

11  Q.        Okay.

12  **A.**        **I just—You know, I'm just—I'm having a hard time**

13              **over it too, because it was just—I'd never seen**

14              **nothing like that before in my life.  You know what I**

15              **mean?**

16  Q.        Yes.

17

18                                                        0:00:54.7

19


Page 2 of 19 Pages

| 1 | A. | So, I still have nightmares and I still suffer from it, so |
| 2 | | it—you know, it's—it's gonna take me a minute to go |
| 3 | | through it with you. |
| 4 | Q. | Okay, we can go through it as slow as possible and then |
| 5 | | if you get to a question and you don't feel comfortable |
| 6 | | answering that, you can just tell me that you don't feel |
| 7 | | comfortable with it. |
| 8 | A. | Okay.  Well, look, my phone's on like ten percent, so |
| 9 | | if it goes dead you'll just have to hit call—I'll have to |
| 10 | | call you back, okay, but we can go ahead |
| 11 | | (unintelligible). |
| 12 | Q. | Okay.  So do you care if I record it? |
| 13 | A. | No, go ahead. |
| 14 | Q. | Now, have I pressured you in any way to speak with me |
| 15 | | or offered you anything in return to talk with me today? |
| 16 | A. | No. |
| 17 | Q. | Just tell me about the accident, when you first seen the |
| 18 | | vehicles that was involved. |
| 19 | | 0:01:37.1 |

Page 3 of 19 Pages

1  A.         Okay.  I was coming from Williamsburg.  I got on I-75

2             toward Corbin and I come up over the first hill and I

3             kind of looked—there was another hill—and I seen a

4             truck—a semi—in the passing lane, stopped on the

5             hill.  He had no flashers.  He had no placards.  He had

6             no brake lights.  So I seen everybody kind of dodging

7             and going around him or stopping and going around

8             him.  So about that time—it was me and my girlfriend

9             in the car—and I seen Lisa Noble, she come by me.  I

10            would say she was doing between fifty-five and sixty,

11            if I was guessing right.  So we wasn't close to that

12            truck yet.  So we go a few more miles and I—I seen

13            that she wasn't going to stop.  She didn't brake.  She

14            didn't see—I think she thought he was moving,

15            because there was no flashers, there was no brake

16            lights, there was no placards, nothing.   I think

17            everybody thought he was moving.  Well she comes

18            up and I see her.  I'm like, oh my God, is she going to

19                                                          0:02:33.2


Page 4 of 19 Pages

1  stop—is this car gonna stop?  I didn't know if it was a

2  man or woman at the time.  And she gets right up on

3  the truck and she sees it and she brakes, and when

4  she brakes one time, she swerves over to the slow

5  lane, which would be the right lane.  And when she

6  did, she just clipped and went right under that truck.

7  So when that happened, I pulled over and I got out

8  and I ran as fast as I could to her.  And I got to her

9  and the top was off the car.  My girlfriend finally got

10  to me and we got the door open to check her.  I

11  checked her pulse; she had a pulse.

12  **(TRANSCRIBER'S NOTE:  Phone call disconnected.)**

13  Q.      Hello?

14  **BY ?:**      **Transferring to somebody.**

15  Q.      Hello, this is Ashley.

16  **A.**      **Hi, Ashley, we got cut off.  I called you back.**

17  Q.      Okay, thank you so much.

18

19                                                                    0:00:10.8


Page 5 of 19 Pages

1    A.    I'm sorry for that.  I mean, I had horrible reception.  It

2          may go out again.

3    Q.    Okay.

4    A.    But this number that I'm calling on right now, you can

5          contact me at any time on it.  The other phone's kind

6          of iffy.

7    Q.    Okay.   What's the number?   It doesn't show where it

8          transfers.

9    A.    (606) 280-0535.

10   Q.    0535?

11   A.    Yes, ma'am.

12   Q.    Okay.  I'm going to ask you again, where I turned my

13         recorder off, if it's okay if I record our conversation?

14   A.    Yes.

15   Q.    Okay.  You can just go ahead and pick up where you left

16         off.

17   A.    Okay.   I think I left off where she clipped the car,

18         right?

19                                                    0:00:46.9

Page 6 of 19 Pages

1   Q.          Yes.

2   **A.**          **Okay.  Are you ready?**

3   Q.          Yeah.

4   **A.**          **Okay, so she clipped the car—or she clipped the end**

5           **of the semi and we ran up to her and we got to her.**

6           **We managed to get the door open.  We checked her**

7           **pulse.   We tried to talk to her.  I mean, she was**

8           **breathing at the time that—I could tell that her eyes**

9           **was already set, that she was already gone.   The**

10           **truck driver gets out and he's a African-American guy**

11           **and about this time a firefighter arrived.  I don't know**

12           **her name, right off the bat.  I've—I've lost that.  What**

13           **was her name?**

14   **BY ?:**          **(Inaudible).**

15   **A.**          **Yeah, she was a fire rescue.  And about that time he**

16           **comes around and he has a phone and he's holding it**

17           **and he's telling her not to touch the scene, to get**

18           **away from her, that she caused the accident.  And he**

19                                        0:01:30.7

Page 7 of 19 Pages

1   was kind of—I'm—I'm pretty sure he had his phone up recording

2   it, and the firefighter asked him to please back up

3   from the scene and quit being so violent.   And he

4   tried to act like she was being prejudice toward him.

5   At this point, I mean we—we pretty much just waited

6   for the paramedics to get there, you know what I

7   mean?  And they arrived shortly and a lot of help got

8   there and I'm pretty sure as soon as they got her in

9   the    ambulance    she    passed.       But    it—I'm—I'm

10  confident in my heart in that scene that if he'd had a

11  placard, a flare, something—I'm surprised somebody

12  else didn't hit him.  But when Lisa came up on that

13  truck, she had to make a conscious decision to either

14  go under it or she'd hit the cars that was passing on

15  the slow lane, cause they was more cars there, but

16  they kept going—they didn't stop.  So I mean, that's

17  pretty much it.  Is there anything else you need?

18

19                                      0:02:20.4


Page 8 of 19 Pages

1   Q.        Yeah, I have a list of stuff—not like a lot of stuff, but is

2            there—

3   **A.**       **It's okay.**

4   Q.        Is there—Was there a lot of traffic that day?

5   **A.**       **Well, yes there was, because what had happened**

6            **was, if you didn't know, Whitley County schools let**

7            **out early because of the snow.  So the interstate was**

8            **pretty busy, you know what I mean?  And yeah, it**

9            **was—it was a congested day.  But in the fast—In the**

10           **fast lane—I don't know why that truck—big--big**

11           **semi—was stopped in the fast lane and didn't get off**

12           **the side of the road.  He was in the lane and you**

13           **know, I was a truck driver years ago and I always was**

14           **taught when you had a—that you had to stop or**

15           **anything you'd put some kind of warning out—a flare**

16           **or a placard.  So that's gonna go why he didn't have a**

17           **placard up and all he did was want to cuss and**

18

19                                          0:03:07.7

1       scream at me, you know what I mean?  And it was

2       just a really bad—it was really bad.  The worst thing

3       I've seen in forty-three years of my life.

4   Q.  And he did not have any flashers on?

5   A.  No, ma'am.  Okay, so, I'm leaving out an important

6       part I need to tell you.  It just keeps coming back to

7       me.  So when she hit—when she hit, he jumped out of

8       his semi and he goes and puts placards up after it

9       was all over.  And, you know, that made me so angry.

10      All I wanted to do—I was so torn between probably

11      being more (unintelligible) and him cussing.  You

12      know, it was—it was a really—he had no remorse.  I

13      don't understand why, because I think in my heart of

14      hearts he knew that—he was wrong, you know what I

15      mean?

16  Q.  Uh-huh (affirmative).  Now--

17  A.  And he did get out and put the placards up after it

18      was all over.

19                                                0:03:54.0


Page 10 of 19 Pages

1    Q.        So after the accident already happened, he got out and

2              put placards up?

3    **A.**        **Yes, and—**

4    Q.        (Inaudible).

5    **A.**        **--started doing protocol.**

6    Q.        Was that before anybody arrived, like the police officers

7              arrived at the scene?

8    **A.**        **It was before the police officer arrived, yes.  He had**

9              **those up when—and I told the officers, I was like—I**

10             **seen it all.  I was right there.  I mean, if we would've**

11             **been probably a--a minute, I'd say sixty seconds, we**

12             **would've been right in with it.  And it was—it was—it**

13             **was a horrible situation.**

14   Q.        Now after the accident was over, did you get out and go

15             up to Lisa's car?

16   **A.**        **I did.  Well, as soon as it hit and she spinned, I pulled**

17             **immediately over and ran up the little incline and got**

18

19                                                              0:04:37.2

Page 11 of 19 Pages

1          to her first.  I was first there.  My girlfriend was right

2          behind me.

3     Q.   Was she conscious at that time or do you recall?

4     A.   **She had—I can tell you she had a  heart beat.  She**

5          **had a pulse and she was breathing for me.  I looked**

6          **around her—she had her tag on—her work tag—and I**

7          **got her name right.  And I seen her name was Lisa**

8          **Noble, so I said, Lisa, fight, we've got—we've got help**

9          **on the way.   And her hand—I held her hand and**

10         **prayed, cause that's all I knew to do at that time**

11         **because she—she was conscious.  She was alive—**

12         **absolutely alive.**

13    Q.   Now do you recall how long it took the EMS to get—get

14         there after or—

15    A.   **I would say they was there—they was probably there**

16         **within ten or fifteen minutes, in that timeframe.   It**

17         **seemed like forever to me, but I'm—I'm confident it**

18         **was, you know, within that time, cause all you want is**

19                                                  0:05:28.6

Page 12 of 19 Pages

| | | |
|---|---|---|
| 1 | | help—help, help, help.  The police was—they were |
| 2 | | later.  But they were really nice.  I—I had that guy's |
| 3 | | name, but I lost it—on a piece of paper. |
| 4 | Q. | Okay. |
| 5 | A. | They was really good cause it was a very cold day.  It |
| 6 | | was cold. |
| 7 | Q. | Did you—Other than assisting, did you see any like gouge |
| 8 | | marks on the road and were— |
| 9 | A. | Are you talking about skid marks? |
| 10 | Q. | Yeah. |
| 11 | A. | Yeah, they was where she braked.  She did brake, |
| 12 | | yes. |
| 13 | Q. | Okay. |
| 14 | A. | When she seen that he wasn't moving, it would've |
| 15 | | been the same, I think—you know, I've relived this in |
| 16 | | my mind.  I would've done the same thing she would. |
| 17 | | She either was gonna hit the two cars that was on the |
| 18 | | slow lane or she was gonna try to go between them |
| 19 | | 0:06:08.5 |

Page 13 of 19 Pages

1              and she clipped it.  You know, she had no choice.  It

2              was—It was gonna be bad either way.

3    Q.       Did this entire accident happen in his lane or did it move

4              to other lanes?

5    A.       Well, the entire accident—When she come up to the

6              truck, like I said, she veered to the slow lane and she

7              clipped him with (unintelligible) that's what hurt her

8              so bad.  And it spinned her around and the cars that

9              was beside her, they just floored it and left, you know

10            what I mean?  They didn't want to be a part of it.  And

11            when she spinned out, she spinned out and ended up

12            in the slow lane.

13   Q.       Now, did you—

14   A.       She did a—a spin or two.

15   Q.       Okay.  So she did rotate around and—

16   A.       Yes.

17   Q.       Do you know—

18                                   0:06:45.2

19

1    **A.**         **I'm pretty—One time, at least.**

2    Q.           Do you know where her vehicle came to a stop at on the

3                  road?

4    **A.**         **You know, I took—I took pictures—I took two**

5                  **pictures, ma'am, of that accident, for her.  I—I did**

6                  **take two pictures.**

7    Q.           Do—Do you still have those?

8    **A.**         **I do.  And it can—It can kind of tell you where the car**

9                  **is sitting, you know what I mean, if that would help**

10                 **out in any situation.**

11   Q.           (Unintelligible).  If you don't care, you can just send them

12                 to me on Facebook, where I—where I talked to you on

13                 Messenger, and I can get them and send them over to

14                 my—to my boss so he'll have them.

15   **A.**         **Yeah, I can do that for you.  That's not a problem.**

16   Q.           I think that's about all that I have.  If—

17

18                                                    0:07:23.3

19

Page 15 of 19 Pages

1    **A.**          **They was somebody else tried to contact me.  He was**

2                    **a  guy.    Did  he  work  for  you  or  did  he  work  for**

3                    **somebody else?**

4    Q.           Probably—It  was  probably  me,  as  well.    I  know  I've

5                 called—

6    **A.**          **Cause  I  wasn't  really  willing—I  wasn't  comfortable**

7                    **with—you  know  what  I'm  saying?   I'm  just  kind  of—I**

8                    **don't  want  to  get--I  want  to  help  the  family  for  sure,**

9                    **because  I  feel  like  if  that  would've  been  me,  that  you**

10                   **know,  somebody  would've  helped  my  family  out**

11                   **because  I  do  believe  if  they  was  placards  up,  she'd  be**

12                   **alive  today.    She  might've  been  injured,  but  she'd**

13                   **have  been  alive.**

14   Q.           Uh-huh (affirmative).   Before I let you go, I have like two

15               more questions.

16   **A.**          **Okay, go ahead.**

17   Q.           If  I  need  to  contact  you  back  for  any  reason  for  this

18               accident, would you care if we did contact you?

19                                                        0:08:08.7


Page 16 of 19 Pages

1    **A.**        **You can contact me.  You can contact me—I don't**

2                  **know about that other guy, though.**

3    Q.         Okay.  It would just be—

4    **A.**        **He said he—He said he was a private investigator.  So**

5                  **he don't work with you?**

6    Q.         Yes, he does.  He works for our office.  He—

7    **A.**        **Oh, okay.**

8    Q.         Jeremy and I stopped by the house that was listed on the

9                  police report yesterday—

10   **A.**        **Yeah.**

11   Q.         --and he talked to the guy for me.  He was sitting in the

12                 driver's seat and the guy walked up to our vehicle.

13   **A.**        **At my house?**

14   Q.         At the house listed on this police report.  I'm not sure if it's

15                 your house now.  It's--

16   **A.**        **Yeah.**

17   Q.         It's 481 Mullis(phonetic) Holiday—

18   **A.**        **Yes.**

19                                                              0:08:43.6

Page 17 of 19 Pages

1   Q.        --Road.

2   **A.        Yes.**

3   Q.        Yeah, we stopped—

4   **A.        Yeah, I wasn't there.**

5   Q.        Okay.

6   **A.        Okay.**

7   Q.        Yeah, that's with me, but if—if we need to contact  you

8             back, it would probably be me that contacts you, or my

9             boss, Joey Stidham.

10  **A.        Okay, that sounds great.  If there's anything else you**

11            **need, you can—My girlfriend was there as well and**

12            **she's willing to talk to you, too, you know what I**

13            **mean?**

14  Q.        Okay.

15  **A.        But she—She was more so—I had to try to keep it**

16            **more together because I was trying—You know, I**

17            **was—I'm trained—I was when I used to work on**

18                                                    0:09:11.4

Page 18 of 19 Pages

1      **(unintelligible) and I—if there was anything I could've**

2      **done to save her life, I would've, but there wasn't, you**

3      **know what I mean?**

4  Q.      Is there a certain number that you would like for us to call

5      or—

6  **A.**      **Yeah, just call this number here that I gave you.  It's**

7      **my girlfriend's number and she—you can always get**

8      **hold of us this way.**

9  Q.      Okay.  Is your girlfriend with you?  I can go ahead and

10      speak with her now and that way I won't have to contact

11      you again.

12  **A.**      **You want to talk to her?   Yeah. Yeah, her name is**

13      **Selena and here she is okay?**

14  Q.      Okay.  Thank you so much, Tammy.

15  **A.**      **Uh-huh (affirmative).**

16                   **END OF AUDIO**

17

18                                         0:09:41.8

19

20

21      Phone: (606) 279-6043 ∘ Fax: (606) 279-6042 ∘ Address: P.O. Box 632 Wooton, KY 41776

22                       Email: joeystidham@gmail.com

23

24                 *Serving our clients since 1998*



## STIDHAM RECONSTRUCTION & INVESTIGATION, L.L.C.

1
2  **NAME:**         **TAMMY SAYLOR**
3  **DATE:**

4  **TIME:**

5  **LOCATION:**     **TELEPHONIC**

6  **INTERVIEWER:**  **ASHLEY NOBLE**

7  **CASE:**         **ESTATE OF LISA NOBLE**

8

9  Q.    Hello, this is Ashley.

10  **A.    Hi, (unintelligible).  My name is Tammy Saylor, about**

11  **a--a wreck that was on I-75.**

12  Q.    Yes, Tammy, I—We are trying to reconstruct that vehicle

13        accident and we're working for the   attorney, Randy

14        Jewell, and he has asked us to interview the witnesses

15        that day, and—

16                                              0:00:24.2

Page 1 of 19 Pages

1   **A.**        **Uh-huh (affirmative).**

2   Q.          --do you recall that vehicle accident?

3   **A.**        **Yeah, I was right there.  I was the first one to get to**

4               **her.**

5   Q.          Okay.  Do you care if I record our conversation and that

6               way I don't have to take notes?

7   **A.**        **Well, let me ask you, who is this attorney working for,**

8               **(unintelligible)?**

9   Q.          We're working for the Estate of Lisa Noble.

10  **A.**        **Okay.  I'm okay with doing that then.**

11  Q.          Okay.

12  **A.**        **I just—You know, I'm just—I'm having a hard time**

13              **over it too, because it was just—I'd never seen**

14              **nothing like that before in my life.  You know what I**

15              **mean?**

16  Q.          Yes.

17

18                                              0:00:54.7

19

Page 2 of 19 Pages

1    **A.**      **So, I still have nightmares and I still suffer from it, so**

2              **it—you know, it's—it's gonna take me a minute to go**

3              **through it with you.**

4    Q.      Okay, we can go through it as slow as possible and then

5              if you get to a question and you don't feel comfortable

6              answering that, you can just tell me that you don't feel

7              comfortable with it.

8    **A.**      **Okay.  Well, look, my phone's on like ten percent, so**

9              **if it goes dead you'll just have to hit call—I'll have to**

10             **call   you   back,   okay,   but   we   can   go   ahead**

11             **(unintelligible).**

12   Q.      Okay.  So do you care if I record it?

13   **A.**      **No, go ahead.**

14   Q.      Now, have I pressured you in any way to speak with me

15             or offered you anything in return to talk with me today?

16   **A.**      **No.**

17   Q.      Just tell me about the accident, when you first seen the

18             vehicles that was involved.

19                                                          0:01:37.1


Page 3 of 19 Pages

1    A.            Okay.  I was coming from Williamsburg.  I got on I-75

2                   toward Corbin and I come up over the first hill and I

3                   kind of looked—there was another hill—and I seen a

4                   truck—a semi—in the passing lane, stopped on the

5                   hill.  He had no flashers.  He had no placards.  He had

6                   no brake lights.  So I seen everybody kind of dodging

7                   and going around him or stopping and going around

8                   him.  So about that time—it was me and my girlfriend

9                   in the car—and I seen Lisa Noble, she come by me.  I

10                  would say she was doing between fifty-five and sixty,

11                  if I was guessing right.  So we wasn't close to that

12                  truck yet.  So we go a few more miles and I—I seen

13                  that she wasn't going to stop.  She didn't brake.  She

14                  didn't see—I think she thought he was moving,

15                  because there was no flashers, there was no brake

16                  lights, there was no placards, nothing.   I think

17                  everybody thought he was moving.  Well she comes

18                  up and I see her.  I'm like, oh my God, is she going to

19                                                                    0:02:33.2


Page 4 of 19 Pages

1       stop—is this car gonna stop?  I didn't know if it was a

2       man or woman at the time.  And she gets right up on

3       the truck and she sees it and she brakes, and when

4       she brakes one time, she swerves over to the slow

5       lane, which would be the right lane.  And when she

6       did, she just clipped and went right under that truck.

7       So when that happened, I pulled over and I got out

8       and I ran as fast as I could to her.  And I got to her

9       and the top was off the car.  My girlfriend finally got

10      to me and we got the door open to check her.  I

11      checked her pulse; she had a pulse.

12   (TRANSCRIBER'S NOTE:  Phone call disconnected.)

13   Q.        Hello?

14   BY ?:     Transferring to somebody.

15   Q.        Hello, this is Ashley.

16   A.        Hi, Ashley, we got cut off.  I called you back.

17   Q.        Okay, thank you so much.

18

19                                                    0:00:10.8

Page 5 of 19 Pages

1   A.      I'm sorry for that.  I mean, I had horrible reception.  It

2           may go out again.

3   Q.      Okay.

4   A.      But this number that I'm calling on right now, you can

5           contact me at any time on it.  The other phone's kind

6           of iffy.

7   Q.      Okay.   What's the number?   It doesn't show where it

8           transfers.

9   A.      (606) 280-0535.

10  Q.      0535?

11  A.      Yes, ma'am.

12  Q.      Okay.   I'm going to ask you again, where I turned my

13          recorder off, if it's okay if I record our conversation?

14  A.      Yes.

15  Q.      Okay.  You can just go ahead and pick up where you left

16          off.

17  A.      Okay.   I think I left off where she clipped the car,

18          right?

19                                                    0:00:46.9

Page 6 of 19 Pages

1   Q.          Yes.

2   **A.**      **Okay.  Are you ready?**

3   Q.          Yeah.

4   **A.**      **Okay, so she clipped the car—or she clipped the end**

5               **of the semi and we ran up to her and we got to her.**

6               **We managed to get the door open.  We checked her**

7               **pulse.   We tried to talk to her.  I mean, she was**

8               **breathing at the time that—I could tell that her eyes**

9               **was already set, that she was already gone.   The**

10              **truck driver gets out and he's a African-American guy**

11              **and about this time a firefighter arrived.  I don't know**

12              **her name, right off the bat.  I've—I've lost that.  What**

13              **was her name?**

14  **BY ?:**   **(Inaudible).**

15  **A.**      **Yeah, she was a fire rescue.  And about that time he**

16              **comes around and he has a phone and he's holding it**

17              **and he's telling her not to touch the scene, to get**

18              **away from her, that she caused the accident.  And he**

19                                                      0:01:30.7

Page 7 of 19 Pages

1      was kind of—I'm—I'm pretty sure he had his phone up recording

2              it, and the firefighter asked him to please back up

3              from the scene and quit being so violent.   And he

4              tried to act like she was being prejudice toward him.

5              At this point, I mean we—we pretty much just waited

6              for the paramedics to get there, you know what I

7              mean?   And they arrived shortly and a lot of help got

8              there and I'm pretty sure as soon as they got her in

9              the   ambulance   she   passed.       But   it—I'm—I'm

10             confident in my heart in that scene that if he'd had a

11             placard, a flare, something—I'm surprised somebody

12             else didn't hit him.   But when Lisa came up on that

13             truck, she had to make a conscious decision to either

14             go under it or she'd hit the cars that was passing on

15             the slow lane, cause they was more cars there, but

16             they kept going—they didn't stop.   So I mean, that's

17             pretty much it.  Is there anything else you need?

18

19                                                      0:02:20.4


                            Page 8 of 19 Pages

1    Q.        Yeah, I have a list of stuff—not like a lot of stuff, but is

2               there—

3    **A.**        **It's okay.**

4    Q.        Is there—Was there a lot of traffic that day?

5    **A.**        **Well, yes there was, because what had happened**

6               **was, if you didn't know, Whitley County schools let**

7               **out early because of the snow.  So the interstate was**

8               **pretty busy, you know what I mean?  And yeah, it**

9               **was—it was a congested day.  But in the fast—In the**

10              **fast lane—I don't know why that truck—big--big**

11              **semi—was stopped in the fast lane and didn't get off**

12              **the side of the road.  He was in the lane and you**

13              **know, I was a truck driver years ago and I always was**

14              **taught when you had a—that you had to stop or**

15              **anything you'd put some kind of warning out—a flare**

16              **or a placard.  So that's gonna go why he didn't have a**

17              **placard up and all he did was want to cuss and**

18

19                                               0:03:07.7

1      scream at me, you know what I mean?  And it was

2      just a really bad—it was really bad.  The worst thing

3      I've seen in forty-three years of my life.

4   Q.   And he did not have any flashers on?

5   A.   No, ma'am.  Okay, so, I'm leaving out an important

6      part I need to tell you.  It just keeps coming back to

7      me.  So when she hit—when she hit, he jumped out of

8      his semi and he goes and puts placards up after it

9      was all over.  And, you know, that made me so angry.

10      All I wanted to do—I was so torn between probably

11      being more (unintelligible) and him cussing.  You

12      know, it was—it was a really—he had no remorse.  I

13      don't understand why, because I think in my heart of

14      hearts he knew that—he was wrong, you know what I

15      mean?

16   Q.   Uh-huh (affirmative).  Now--

17   A.   And he did get out and put the placards up after it

18      was all over.

19                                           0:03:54.0

Page 10 of 19 Pages

1   Q.        So after the accident already happened, he got out and

2             put placards up?

3   **A.**    **Yes, and—**

4   Q.        (Inaudible).

5   **A.**    **--started doing protocol.**

6   Q.        Was that before anybody arrived, like the police officers

7             arrived at the scene?

8   **A.**    **It was before the police officer arrived, yes.  He had**

9             **those up when—and I told the officers, I was like—I**

10            **seen it all.  I was right there.  I mean, if we would've**

11            **been probably a--a minute, I'd say sixty seconds, we**

12            **would've been right in with it.  And it was—it was—it**

13            **was a horrible situation.**

14  Q.        Now after the accident was over, did you get out and go

15            up to Lisa's car?

16  **A.**    **I did.  Well, as soon as it hit and she spinned, I pulled**

17            **immediately over and ran up the little incline and got**

18

19                                                        0:04:37.2

Page 11 of 19 Pages

1      to her first.  I was first there.  My girlfriend was right

2      behind me.

3  Q.  Was she conscious at that time or do you recall?

4  A.  She had—I can tell you she had a  heart beat.  She

5      had a pulse and she was breathing for me.  I looked

6      around her—she had her tag on—her work tag—and I

7      got her name right.  And I seen her name was Lisa

8      Noble, so I said, Lisa, fight, we've got—we've got help

9      on the way.   And her hand—I held her hand and

10     prayed, cause that's all I knew to do at that time

11     because she—she was conscious.  She was alive—

12     absolutely alive.

13 Q.  Now do you recall how long it took the EMS to get—get

14     there after or—

15 A.  I would say they was there—they was probably there

16     within ten or fifteen minutes, in that timeframe.  It

17     seemed like forever to me, but I'm—I'm confident it

18     was, you know, within that time, cause all you want is

19                                         0:05:28.6

Page 12 of 19 Pages

1        help—help, help, help.   The police was—they were

2        later.   But they were really nice.   I—I had that guy's

3        name, but I lost it—on a piece of paper.

4    Q.    Okay.

5    A.    They was really good cause it was a very cold day.   It

6        was cold.

7    Q.    Did you—Other than assisting, did you see any like gouge

8        marks on the road and were—

9    A.    Are you talking about skid marks?

10   Q.    Yeah.

11   A.    Yeah, they was where she braked.   She did brake,

12       yes.

13   Q.    Okay.

14   A.    When she seen that he wasn't moving, it would've

15       been the same, I think—you know, I've relived this in

16       my mind.  I would've done the same thing she would.

17       She either was gonna hit the two cars that was on the

18       slow lane or she was gonna try to go between them

19                                           0:06:08.5

Page 13 of 19 Pages

1       and she clipped it.  You know, she had no choice.  It

2       was—It was gonna be bad either way.

3   Q.   Did this entire accident happen in his lane or did it move

4       to other lanes?

5   A.   Well, the entire accident—When she come up to the

6       truck, like I said, she veered to the slow lane and she

7       clipped him with (unintelligible) that's what hurt her

8       so bad.  And it spinned her around and the cars that

9       was beside her, they just floored it and left, you know

10      what I mean?  They didn't want to be a part of it.  And

11      when she spinned out, she spinned out and ended up

12      in the slow lane.

13  Q.   Now, did you—

14  A.   She did a—a spin or two.

15  Q.   Okay.  So she did rotate around and—

16  A.   Yes.

17  Q.   Do you know—

18                                                    0:06:45.2

19

Page 14 of 19 Pages

1   **A.**         **I'm pretty—One time, at least.**

2   Q.          Do you know where her vehicle came to a stop at on the

3                road?

4   **A.**         **You know, I took—I took pictures—I took two**

5                **pictures, ma'am, of that accident, for her.  I—I did**

6                **take two pictures.**

7   Q.          Do—Do you still have those?

8   **A.**         **I do.  And it can—It can kind of tell you where the car**

9                **is sitting, you know what I mean, if that would help**

10               **out in any situation.**

11  Q.          (Unintelligible).  If you don't care, you can just send them

12               to me on Facebook, where I—where I talked to you on

13               Messenger, and I can get them and send them over to

14               my—to my boss so he'll have them.

15  **A.**         **Yeah, I can do that for you.  That's not a problem.**

16  Q.          I think that's about all that I have.  If—

17

18                                                               0:07:23.3

19

1   A.        **They was somebody else tried to contact me.  He was**

2             **a  guy.   Did  he  work  for  you  or  did  he  work  for**

3             **somebody else?**

4   Q.        Probably—It  was  probably  me,  as  well.   I  know  I've

5             called—

6   A.        **Cause  I  wasn't  really  willing—I  wasn't  comfortable**

7             **with—you  know  what  I'm  saying?   I'm  just  kind  of—I**

8             **don't want to get--I want to help the family for sure,**

9             **because  I  feel  like  if  that  would've  been  me,  that  you**

10            **know,  somebody  would've  helped  my  family  out**

11            **because I do believe if they was placards up, she'd be**

12            **alive  today.    She  might've  been  injured,  but  she'd**

13            **have been alive.**

14  Q.        Uh-huh  (affirmative).   Before  I  let  you  go,  I  have  like  two

15            more questions.

16  A.        **Okay, go ahead.**

17  Q.        If  I  need  to  contact  you  back  for  any  reason  for  this

18            accident, would you care if we did contact you?

19                                                              0:08:08.7

Page 16 of 19 Pages

| | | |
|---|---|---|
| 1 | **A.** | **You can contact me.   You can contact me—I don't** |
| 2 | | **know about that other guy, though.** |
| 3 | Q. | Okay.  It would just be— |
| 4 | **A.** | **He said he—He said he was a private investigator.  So** |
| 5 | | **he don't work with you?** |
| 6 | Q. | Yes, he does.  He works for our office.  He— |
| 7 | **A.** | **Oh, okay.** |
| 8 | Q. | Jeremy and I stopped by the house that was listed on the |
| 9 | | police report yesterday— |
| 10 | **A.** | **Yeah.** |
| 11 | Q. | --and he talked to the guy for me.  He was sitting in the |
| 12 | | driver's seat and the guy walked up to our vehicle. |
| 13 | **A.** | **At my house?** |
| 14 | Q. | At the house listed on this police report.  I'm not sure if it's |
| 15 | | your house now.  It's-- |
| 16 | **A.** | **Yeah.** |
| 17 | Q. | It's 481 Mullis(phonetic) Holiday— |
| 18 | **A.** | **Yes.** |
| 19 | | 0:08:43.6 |

Page 17 of 19 Pages

1   Q.          --Road.

2   **A.**          **Yes.**

3   Q.          Yeah, we stopped—

4   **A.**          **Yeah, I wasn't there.**

5   Q.          Okay.

6   **A.**          **Okay.**

7   Q.          Yeah, that's with me, but if—if we need to contact  you

8               back, it would probably be me that contacts you, or my

9               boss, Joey Stidham.

10  **A.**          **Okay, that sounds great.  If there's anything else you**

11              **need, you can—My girlfriend was there as well and**

12              **she's willing to talk to you, too, you know what I**

13              **mean?**

14  Q.          Okay.

15  **A.**          **But she—She was more so—I had to try to keep it**

16              **more together because I was trying—You know, I**

17              **was—I'm trained—I was when I used to work on**

18                                          0:09:11.4


Page 18 of 19 Pages

1          **(unintelligible) and I—if there was anything I could've**

2          **done to save her life, I would've, but there wasn't, you**

3          **know what I mean?**

4     Q.   Is there a certain number that you would like for us to call

5          or—

6     A.   **Yeah, just call this number here that I gave you.  It's**

7          **my girlfriend's number and she—you can always get**

8          **hold of us this way.**

9     Q.   Okay.  Is your girlfriend with you?  I can go ahead and

10         speak with her now and that way I won't have to contact

11         you again.

12    A.   **You want to talk to her?    Yeah. Yeah, her name is**

13         **Selena and here she is okay?**

14    Q.   Okay.  Thank you so much, Tammy.

15    A.   **Uh-huh (affirmative).**

16                        **END OF AUDIO**
17
18                                              0:09:41.8
19
20
21         Phone: (606) 279-6043 ∘ Fax: (606) 279-6042 ∘ Address: P.O. Box 632 Wooton, KY 41776
22                        Email: joeystidham@gmail.com
23
24                   *Serving our clients since 1998*