# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff | |
| | C.A. No.: 6:17-00157-CHB-HAI |
| VS. | PLAINTIFF'S RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS FOR PRE-IMPACT FRIGHT |
| BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants | |

Comes the Plaintiff, by counsel, stating that there is no opposition to the Motion at Docket No. 103 to the extent that it seeks to dismiss the claim for damages for pre-impact fright of Ms. Lisa Noble the Complaint.

While eye witnesses relate that Ms. Noble braked and steered to avoid impact with the slowed or stopped Beacon Transport, LLC tractor driven by Mr. Cooper and there is ample evidence of her survival and suffering after the crash with her injuries[1], it is not disputed that there is insufficient proof existing to maintain a claim for pre-impact fright under the law of Kentucky.

---

[1] See Docket Nos 99.1, 99.2, 99.3, 99.4 and 99.5 for the statements of eye witnesses Ms. Tammy Saylor and Selena Moore concerning Ms. Noble's vehicle before the crash and condition afterwards, as well as Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment on the Issue of Pain and Suffering at Docket No. 101-1.

Objection is, however, made to the Order tendered at Docket No. 103-4 as it states that it is a final and appealable Order despite requesting only partial summary judgment.

Respectfully submitted,

 /s/Timothy D. Lange
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906
Telephone: (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone: (606) 545-0224

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE**

It is hereby certified that on the foregoing was filed December 18, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/   Timothy D. Lange
TIMOTHY D. LANGE