**DAVID WILSON, as Administrator of the**
**Estate of Lisa Noble, Deceased, Plaintiff**

**C.A. No.:  6:17-00157-CHB-HAI**

**VS.**

**PLAINTIFF'S RESPONSE TO MOTION**
**FOR PARTIAL SUMMARY JUDGMENT**
**ON PLAINTIFF'S CLAIMS FOR**
**PUNITIVE DAMAGES AGAINST**
**TERRAN COOPER**

**BEACON TRANSPORT, LLC and**
**TERRAN COOPER, Defendants**

---

Comes the Plaintiff, by counsel, stating that there is no opposition to the Motion at Docket No. 105 to the extent that it seeks to dismiss the claim within the Complaint for punitive damages contained within Section 6.2 of the Complaint (Docket No. 1) against Defendant Terran Cooper.  Objection is, however, made to the Order tendered at Docket No. 105-7 as it states that it is a final and appealable Order despite requesting only partial summary judgment.

While eye witnesses relate egregious, unconscionable conduct of Defendant Cooper at the scene of this crash in stopping or slowing without cause on an interstate in the fast lane of travel, then arguing with emergency responders after a horrific crash and instructing persons praying with and soothing Ms. Noble to get away from her, while also photographing and

videotaping Ms. Noble as she lay in her car broken and bleeding during her final minutes of suffering and consciousness on this earth[1], it is not disputed that there is insufficient proof existing to maintain a claim for punitive damages in issue under the law of Kentucky.

Respectfully submitted,

_ /s/Timothy D. Lange_____
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky  40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE

It is hereby certified that on the foregoing was filed December 18, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/   Timothy D. Lange
TIMOTHY D. LANGE

---

[1] See Docket Nos 99.1, 99.2, 99.3, 99.4 and 99.5 for the statements of eye witnesses Ms. Tammy Saylor and Selena Moore concerning Mr. Cooper's unconscionable conduct.