**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff** | |
| | **C.A. No.: 6:17-00157-CHB-HAI** |
| **VS.** | **PLAINTIFF'S RESPONSE TO DEFENDANT COOPER'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS FOR PUNITIVE DAMAGES** |
| **BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants** | |

Comes the Plaintiff, by counsel, stating that there is no opposition to the Motion at Docket No. 108 to the extent that it seeks to dismiss the claim within the Complaint for punitive damages contained within Section 6.2 of the Complaint (Docket No. 1) against Defendant Beacon Transport, LLC. Objection is, however, made to the Order tendered at Docket No. 108-8 as it states that it is a final and appealable Order despite requesting only partial summary judgment.

While eye witnesses relate egregious, unconscionable conduct of Beacon's employee Defendant Cooper at the scene of this crash in stopping or slowing without cause on an interstate in the fast lane of travel, then arguing with emergency responders after a horrific crash and instructing persons praying with and soothing Ms. Noble to get away from her, while also photographing and videotaping Ms. Noble as she lay in her car broken and bleeding during her

final minutes of suffering and consciousness on this earth[1], it is not disputed that there is insufficient proof existing to maintain a claim for punitive damages in issue under the law of Kentucky.

>
> Respectfully submitted,
>
> \_\_/s/Timothy D. Lange_____
> Timothy D. Lange
> BENSON, RISCH & LANGE, PLLC
> 401 W. Main Street, Suite 2150
> Louisville, Kentucky 40202
> Telephone: (502) 583-8373
>
> D. Randall Jewell
> JEWELL LAW OFFICE, PLLC
> P.O. Drawer 670
> Barbourville, Kentucky 40906
> Telephone: (606) 546-9714
>
> Billy J. Taylor
> TAYLOR LAW OFFICE, PLLC
> 110 Knox Street, Suite A
> Barbourville, Kentucky 40906
> Telephone: (606) 545-0224
>
> ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on the foregoing was filed December 18, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>
> /s/   Timothy D. Lange
> TIMOTHY D. LANGE

---

[1] See Docket Nos 99.1, 99.2, 99.3, 99.4 and 99.5 for the statements of eye witnesses Ms. Tammy Saylor and Selena Moore concerning Mr. Cooper's unconscionable conduct.