UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the** **Estate of Lisa Noble, Deceased, Plaintiff** | |
| **VS.** | **C.A. No.:  6:17-157-KKC** **AFFIDAVIT OF TAMMY SAYLOR** |
| **BEACON TRANSPORT, LLC and** **TERRAN COOPER, Defendants** | |

Comes now the affiant, after first being duly sworn, and states as follows:

1. My name is Tammy Saylor.  On January 5, 2017, at approximately 11:00 a.m., I was travelling north on interstate 75 in the right hand lane.

2. I witnessed a motor vehicle collision between a tractor trailer and a white Volkswagen Jetta.

3. On the date of collision and at the scene I gave my statement to the officer on scene which is attached hereto as Exhibit 1.  The statement is true and accurate.

4. I have reviewed the transcripts of my previous statements.  I gave a recorded telephone statement to Ashley Noble, an investigator for Stidham Reconstruction and Investigation, on February 17, 2017 at approximately 3:43 p.m. as to what I saw and what occurred after the wreck.  That statement is attached as Exhibit 2.  Further, I have reviewed the transcript of a second statement and interview that I gave to Ashley Noble on February 1, 2018 at approximately 12:10 p.m. attached hereto as Exhibit 3.  I have also reviewed the video taken at the same time as the second statement attached hereto as Exhibit 4.  The transcripts and video are true and accurate.

5. On January 5, 2017, the date of the collision, I observed the tractor trailer in the left hand lane on North I-75.  It appeared to me that the tractor trailer was stopped in the left lane.  I did not observe any flashing lights whatsoever on the tractor trailer.  I saw no brake lights, no emergency flashers and no signal light.

6.  Two (2) vehicles passed our vehicle in the left hand lane. They were travelling between 55 and 60 miles per hour. The second vehicle, the white Volkswagen, appeared to attempt to change from the left hand lane into the right hand lane but, was unable to do so and collided with the rear right corner of the tractor trailer.

7.  Selena Moore and myself pulled into the right emergency lane, got out of our car and went to the white Volkswagen.

8.  I observed a female in the driver's seat. She was obviously injured. I pulled the drivers side door open and learned Lisa's name from her work badge. I began to talk to Lisa. I tried to calm Lisa. Her breathing was erratic. When I would talk to her, I touched her on the face, I was trying to soothe her and I could tell, you could tell when I was talking to her, how she was responding, like Lisa, I said, "Lisa you can do this, help is on the way. I didn't want her to know how she looked by the way I talked to her. I tried to keep her calm, but she blinked her eyes a couple of times and then it was like she tried but…she was just dying. I held Lisa's hand and prayed with her. I held her hand and this was what I remember more than anything, when I was praying with her, it is just like she just bent down and held onto my hand.

9.  At some point, prior to the EMT's arrival, Lisa became non-responsive.

10.  I have read this affidavit; both statements and transcripts taken by Ashley Noble; the video recorded by Ashley Noble; the statement I gave at the scene to the officer, they are true as I verily believe.

Further the affiant sayeth naught.

This ___14th___ day of October, 2018.

TAMMY SAYLOR

STATE OF KENTUCKY

COUNTY OF KNOX

The foregoing Affidavit was subscribed and sworn to before me by Tammy Saylor on this ___14th___ day of ___October___, 2018.

My Commission Expires: ___September 17, 2021___

NOTARY PUBLIC

1:5·17

Tammy Saylor
481 Molus hollow Rd
Caldiraal Ky 40819
606 664 0899 or 606 280 0535

I was traveling on I75 towards Corbin when we came up on a stalled Semi truck stopped in the left lane with no flashers or triangles. A white car passed us going around 60 mph. The car didnt break until right upon the semi. The car did a small slur the the right clipped the semi. We pulled over I ran to the victem took her pulse she had pulse was breathing. I covered her up. The truck driver then turned on his flashers and put out triangles. 911 was called ems and officers arrived within minutes. The truck driver during this time was walking and saying things to ems.

11·17·0022  ·11



STIDHAM RECONSTRUCTION & INVESTIGATION, L.L.C.

1

2 **NAME:**          **TAMMY SAYLOR**

3 **DATE:**

4 **TIME:**

5 **LOCATION:**      **TELEPHONIC**

6 **INTERVIEWER:**   **ASHLEY NOBLE**

7 **CASE:**          **ESTATE OF LISA NOBLE**

8

9 Q.    Hello, this is Ashley.

10 **A.   Hi, (unintelligible).  My name is Tammy Saylor, about**

11    **a--a wreck that was on I-75.**

12 Q.    Yes, Tammy, I—We are trying to reconstruct that vehicle

13    accident and we're working for the   attorney, Randy

14    Jewell, and he has asked us to interview the witnesses

15    that day, and—

16                                                0:00:24.2

1    **A.**        **Uh-huh (affirmative).**

2    Q.        --do you recall that vehicle accident?

3    **A.**        **Yeah, I was right there.  I was the first one to get to**

4              **her.**

5    Q.        Okay.  Do you care if I record our conversation and that

6              way I don't have to take notes?

7    **A.**        **Well, let me ask you, who is this attorney working for,**

8              **(unintelligible)?**

9    Q.        We're working for the Estate of Lisa Noble.

10   **A.**        **Okay.  I'm okay with doing that then.**

11   Q.        Okay.

12   **A.**        **I just—You know, I'm just—I'm having a hard time**

13             **over it too, because it was just—I'd never seen**

14             **nothing like that before in my life.  You know what I**

15             **mean?**

16   Q.        Yes.

17

18                                                      0:00:54.7

19

Page 2 of 19 Pages

1    **A.**        **So, I still have nightmares and I still suffer from it, so**

2                  **it—you know, it's—it's gonna take me a minute to go**

3                  **through it with you.**

4    Q.          Okay, we can go through it as slow as possible and then

5                  if you get to a question and you don't feel comfortable

6                  answering that, you can just tell me that you don't feel

7                  comfortable with it.

8    **A.**        **Okay.  Well, look, my phone's on like ten percent, so**

9                  **if it goes dead you'll just have to hit call—I'll have to**

10                 **call   you   back,   okay,   but   we   can   go   ahead**

11                 **(unintelligible).**

12   Q.          Okay.  So do you care if I record it?

13   **A.**        **No, go ahead.**

14   Q.          Now, have I pressured you in any way to speak with me

15                 or offered you anything in return to talk with me today?

16   **A.**        **No.**

17   Q.          Just tell me about the accident, when you first seen the

18                 vehicles that was involved.

19                                                         0:01:37.1

1    **A.**         Okay.  I was coming from Williamsburg.  I got on I-75

2                 toward Corbin and I come up over the first hill and I

3                 kind of looked—there was another hill—and I seen a

4                 truck—a semi—in the passing lane, stopped on the

5                 hill.  He had no flashers.  He had no placards.  He had

6                 no brake lights.  So I seen everybody kind of dodging

7                 and going around him or stopping and going around

8                 him.  So about that time—it was me and my girlfriend

9                 in the car—and I seen Lisa Noble, she come by me.  I

10                would say she was doing between fifty-five and sixty,

11                if I was guessing right.  So we wasn't close to that

12                truck yet.  So we go a few more miles and I—I seen

13                that she wasn't going to stop.  She didn't brake.  She

14                didn't see—I think she thought he was moving,

15                because there was no flashers, there was no brake

16                lights, there was no placards, nothing.   I think

17                everybody thought he was moving.  Well she comes

18                up and I see her.  I'm like, oh my God, is she going to

19                                                                0:02:33.2

Page 4 of 19 Pages

1          **stop—is this car gonna stop?  I didn't know if it was a**

2          **man or woman at the time.  And she gets right up on**

3          **the truck and she sees it and she brakes, and when**

4          **she brakes one time, she swerves over to the slow**

5          **lane, which would be the right lane.  And when she**

6          **did, she just clipped and went right under that truck.**

7          **So when that happened, I pulled over and I got out**

8          **and I ran as fast as I could to her.  And I got to her**

9          **and the top was off the car.  My girlfriend finally got**

10          **to me and we got the door open to check her.  I**

11          **checked her pulse; she had a pulse.**

12    **(TRANSCRIBER'S NOTE:  Phone call disconnected.)**

13    Q.        Hello?

14    **BY ?:**      **Transferring to somebody.**

15    Q.        Hello, this is Ashley.

16    **A.**        **Hi, Ashley, we got cut off.  I called you back.**

17    Q.        Okay, thank you so much.

18

19                           0:00:10.8

1   A.        **I'm sorry for that.  I mean, I had horrible reception.  It**

2             **may go out again.**

3   Q.        Okay.

4   A.        **But this number that I'm calling on right now, you can**

5             **contact me at any time on it.  The other phone's kind**

6             **of iffy.**

7   Q.        Okay.   What's the number?   It doesn't show where it

8             transfers.

9   A.        **(606) 280-0535.**

10  Q.        0535?

11  A.        **Yes, ma'am.**

12  Q.        Okay.   I'm going to ask you again, where I turned my

13            recorder off, if it's okay if I record our conversation?

14  A.        **Yes.**

15  Q.        Okay.   You can just go ahead and pick up where you left

16            off.

17  A.        **Okay.   I think I left off where she clipped the car,**

18            **right?**

19                                                          0:00:46.9

1  Q.        Yes.

2  A.        Okay.  Are you ready?

3  Q.        Yeah.

4  A.        Okay, so she clipped the car—or she clipped the end

5           of the semi and we ran up to her and we got to her.

6           We managed to get the door open.  We checked her

7           pulse.   We tried to talk to her.  I mean, she was

8           breathing at the time that—I could tell that her eyes

9           was already set, that she was already gone.   The

10          truck driver gets out and he's a African-American guy

11          and about this time a firefighter arrived.  I don't know

12          her name, right off the bat.  I've—I've lost that.  What

13          was her name?

14 BY ?:     (Inaudible).

15 A.        Yeah, she was a fire rescue.  And about that time he

16          comes around and he has a phone and he's holding it

17          and he's telling her not to touch the scene, to get

18          away from her, that she caused the accident.  And he

19                                                    0:01:30.7

1  was kind of—I'm—I'm pretty sure he had his phone up recording

2  it, and the firefighter asked him to please back up

3  from the scene and quit being so violent.   And he

4  tried to act like she was being prejudice toward him.

5  At this point, I mean we—we pretty much just waited

6  for the paramedics to get there, you know what I

7  mean?  And they arrived shortly and a lot of help got

8  there and I'm pretty sure as soon as they got her in

9  the   ambulance   she   passed.      But   it—I'm—I'm

10  confident in my heart in that scene that if he'd had a

11  placard, a flare, something—I'm surprised somebody

12  else didn't hit him.  But when Lisa came up on that

13  truck, she had to make a conscious decision to either

14  go under it or she'd hit the cars that was passing on

15  the slow lane, cause they was more cars there, but

16  they kept going—they didn't stop.  So I mean, that's

17  pretty much it.  Is there anything else you need?

18

19                                                0:02:20.4

1   Q.      Yeah, I have a list of stuff—not like a lot of stuff, but is

2           there—

3   **A.      It's okay.**

4   Q.      Is there—Was there a lot of traffic that day?

5   **A.      Well, yes there was, because what had happened**

6           **was, if you didn't know, Whitley County schools let**

7           **out early because of the snow.  So the interstate was**

8           **pretty busy, you know what I mean?   And yeah, it**

9           **was—it was a congested day.  But in the fast—In the**

10          **fast lane—I don't know why that truck—big--big**

11          **semi—was stopped in the fast lane and didn't get off**

12          **the side of the road.  He was in the lane and you**

13          **know, I was a truck driver years ago and I always was**

14          **taught when you had a—that you had to stop or**

15          **anything you'd put some kind of warning out—a flare**

16          **or a placard.  So that's gonna go why he didn't have a**

17          **placard up and all he did was want to cuss and**

18

19                                                        0:03:07.7

Page 9 of 19 Pages

1          scream at me, you know what I mean?   And it was

2          just a really bad—it was really bad.   The worst thing

3          I've seen in forty-three years of my life.

4    Q.    And he did not have any flashers on?

5    A.    No, ma'am.   Okay, so, I'm leaving out an important

6          part I need to tell you.   It just keeps coming back to

7          me.  So when she hit—when she hit, he jumped out of

8          his semi and he goes and puts placards up after it

9          was all over.   And, you know, that made me so angry.

10         All I wanted to do—I was so torn between probably

11         being more (unintelligible) and him cussing.   You

12         know, it was—it was a really—he had no remorse.   I

13         don't understand why, because I think in my heart of

14         hearts he knew that—he was wrong, you know what I

15         mean?

16   Q.    Uh-huh (affirmative).   Now--

17   A.    And he did get out and put the placards up after it

18         was all over.

19                                          0:03:54.0

1   Q.        So after the accident already happened, he got out and

2              put placards up?

3   **A.**       **Yes, and—**

4   Q.        (Inaudible).

5   **A.**       **--started doing protocol.**

6   Q.        Was that before anybody arrived, like the police officers

7              arrived at the scene?

8   **A.**       **It was before the police officer arrived, yes.  He had**

9              **those up when—and I told the officers, I was like—I**

10            **seen it all.  I was right there.  I mean, if we would've**

11            **been probably a--a minute, I'd say sixty seconds, we**

12            **would've been right in with it.  And it was—it was—it**

13            **was a horrible situation.**

14   Q.        Now after the accident was over, did you get out and go

15              up to Lisa's car?

16   **A.**       **I did.  Well, as soon as it hit and she spinned, I pulled**

17              **immediately over and ran up the little incline and got**

18

19                               0:04:37.2

1        to her first.  I was first there.  My girlfriend was right

2        behind me.

3    Q.    Was she conscious at that time or do you recall?

4    A.    She had—I can tell you she had a  heart beat.  She

5        had a pulse and she was breathing for me.  I looked

6        around her—she had her tag on—her work tag—and I

7        got her name right.  And I seen her name was Lisa

8        Noble, so I said, Lisa, fight, we've got—we've got help

9        on the way.  And her hand—I held her hand and

10       prayed, cause that's all I knew to do at that time

11       because she—she was conscious.  She was alive—

12       absolutely alive.

13   Q.    Now do you recall how long it took the EMS to get—get

14       there after or—

15   A.    I would say they was there—they was probably there

16       within ten or fifteen minutes, in that timeframe.  It

17       seemed like forever to me, but I'm—I'm confident it

18       was, you know, within that time, cause all you want is

19                                                    0:05:28.6

Page 12 of 19 Pages

1      help—help, help, help.  The police was—they were

2      later.  But they were really nice.  I—I had that guy's

3      name, but I lost it—on a piece of paper.

4   Q.   Okay.

5   A.   They was really good cause it was a very cold day.  It

6      was cold.

7   Q.   Did you—Other than assisting, did you see any like gouge

8      marks on the road and were—

9   A.   Are you talking about skid marks?

10  Q.   Yeah.

11  A.   Yeah, they was where she braked.  She did brake,

12     yes.

13  Q.   Okay.

14  A.   When she seen that he wasn't moving, it would've

15     been the same, I think—you know, I've relived this in

16     my mind.  I would've done the same thing she would.

17     She either was gonna hit the two cars that was on the

18     slow lane or she was gonna try to go between them

19                                          0:06:08.5

Page 13 of 19 Pages

1          **and she clipped it.  You know, she had no choice.  It**

2          **was—It was gonna be bad either way.**

3    Q.   Did this entire accident happen in his lane or did it move

4          to other lanes?

5    **A.**   **Well, the entire accident—When she come up to the**

6          **truck, like I said, she veered to the slow lane and she**

7          **clipped him with (unintelligible) that's what hurt her**

8          **so bad.  And it spinned her around and the cars that**

9          **was beside her, they just floored it and left, you know**

10         **what I mean?  They didn't want to be a part of it.  And**

11         **when she spinned out, she spinned out and ended up**

12         **in the slow lane.**

13   Q.   Now, did you—

14   **A.**   **She did a—a spin or two.**

15   Q.   Okay.  So she did rotate around and—

16   **A.**   **Yes.**

17   Q.   Do you know—

18                                                    0:06:45.2

19

Page 14 of 19 Pages

1    **A.**        **I'm pretty—One time, at least.**

2    Q.          Do you know where her vehicle came to a stop at on the

3                 road?

4    **A.**        **You know, I took—I took pictures—I took two**

5                 **pictures, ma'am, of that accident, for her.  I—I did**

6                 **take two pictures.**

7    Q.          Do—Do you still have those?

8    **A.**        **I do.  And it can—It can kind of tell you where the car**

9                 **is sitting, you know what I mean, if that would help**

10               **out in any situation.**

11   Q.          (Unintelligible).  If you don't care, you can just send them

12               to me on Facebook, where I—where I talked to you on

13               Messenger, and I can get them and send them over to

14               my—to my boss so he'll have them.

15   **A.**        **Yeah, I can do that for you.  That's not a problem.**

16   Q.          I think that's about all that I have.  If—

17

18                                                              0:07:23.3

19

1   **A.**        **They was somebody else tried to contact me.  He was**

2                  **a guy.   Did he work for you or did he work for**

3                  **somebody else?**

4   Q.        Probably—It was probably me, as well.   I know I've

5                  called—

6   **A.**        **Cause I wasn't really willing—I wasn't comfortable**

7                  **with—you know what I'm saying?  I'm just kind of—I**

8                  **don't want to get--I want to help the family for sure,**

9                  **because I feel like if that would've been me, that you**

10                 **know, somebody would've helped my family out**

11                 **because I do believe if they was placards up, she'd be**

12                 **alive today.   She might've been injured, but she'd**

13                 **have been alive.**

14   Q.        Uh-huh (affirmative).   Before I let you go, I have like two

15                  more questions.

16   **A.**        **Okay, go ahead.**

17   Q.        If I need to contact you back for any reason for this

18                  accident, would you care if we did contact you?

19                                           0:08:08.7

1   A.        **You can contact me.   You can contact me—I don't**

2             **know about that other guy, though.**

3   Q.        Okay.  It would just be—

4   A.        **He said he—He said he was a private investigator.  So**

5             **he don't work with you?**

6   Q.        Yes, he does.  He works for our office.  He—

7   A.        **Oh, okay.**

8   Q.        Jeremy and I stopped by the house that was listed on the

9             police report yesterday—

10  A.        **Yeah.**

11  Q.        --and he talked to the guy for me.  He was sitting in the

12            driver's seat and the guy walked up to our vehicle.

13  A.        **At my house?**

14  Q.        At the house listed on this police report.  I'm not sure if it's

15            your house now.  It's--

16  A.        **Yeah.**

17  Q.        It's 481 Mullis(phonetic) Holiday—

18  A.        **Yes.**

19                                                        0:08:43.6

Page 17 of 19 Pages

1    Q.        --Road.

2    **A.**        **Yes.**

3    Q.        Yeah, we stopped—

4    **A.**        **Yeah, I wasn't there.**

5    Q.        Okay.

6    **A.**        **Okay.**

7    Q.        Yeah, that's with me, but if—if we need to contact  you

8            back, it would probably be me that contacts you, or my

9            boss, Joey Stidham.

10   **A.**        **Okay, that sounds great.  If there's anything else you**

11           **need, you can—My girlfriend was there as well and**

12           **she's willing to talk to you, too, you know what I**

13           **mean?**

14   Q.        Okay.

15   **A.**        **But she—She was more so—I had to try to keep it**

16           **more together because I was trying—You know, I**

17           **was—I'm trained—I was when I used to work on**

18                                                  0:09:11.4

Page 18 of 19 Pages

1        (unintelligible) and I—if there was anything I could've

2        done to save her life, I would've, but there wasn't, you

3        know what I mean?

4    Q.    Is there a certain number that you would like for us to call

5        or—

6    A.    Yeah, just call this number here that I gave you.  It's

7        my girlfriend's number and she—you can always get

8        hold of us this way.

9    Q.    Okay.  Is your girlfriend with you?  I can go ahead and

10       speak with her now and that way I won't have to contact

11       you again.

12   A.    You want to talk to her?   Yeah. Yeah, her name is

13       Selena and here she is okay?

14   Q.    Okay.  Thank you so much, Tammy.

15   A.    Uh-huh (affirmative).

16                    END OF AUDIO
17
18                                            0:09:41.8
19
20
21       Phone: (606) 279-6043 ∘ Fax: (606) 279-6042 ∘ Address: P.O. Box 632 Wooton, KY 41776
22                        Email: joeystidham@gmail.com
23
24                    *Serving our clients since 1998*

                    Page 19 of 19 Pages



**PRIVATE INVESTIGATION AND FORENSIC RECONSTRUCTION**



## *SRI interview cover page:*

| Date of interview: | |
|---|---|
| Case Name: | Estate of Lisa Noble |
| Name of person interviewed: | Tammy Saylor |
| Address of person interviewed: | 481 Molus Hollow Rd., Coldiron, Ky.  40819 |
| Phone number of person interviewed: | |
| Method of interview: | in person |
| Name of interviewer: | Ashley Noble |
| Location of interview: | |
| Number of transcript pages | 27 |

| | |
|---|---|
| Ashley: | Okay and I'm speaking with Tammy Saylor and Tammy we have been talking for a little bit.  Follow up questions really about the interview that I did with you previously. |
| Tammy Saylor: | **Yes.** |
| Ashley: | I'm at your residence.  What is your address? |
| Tammy: | **481 Molus Hollow Road, Codliron Ky. 40819.** |
| Ashley: | Okay.  And so I just wanted to go back down the list with you again. |
| Tammy: | **Okay.** |
| Q: | Could you talk to me about the truck and with Lisa passing by you and what made you think that it was moving. |
| A: | **Well, I was coming down Interstate 75 towards Corbin from Williamsburg and it was, it was cold out and it was like, it was hilly, I was up on one hill and I could see on the next little hill coming up in the fast lane there was a truck there.  I couldn't tell if it was stopped or moving but in my head, I was thinking its got to be moving or moving slow or it wouldn't be in that fast lane.  It would have placards, you know, it** |

1.10

would have placards, they would have brake lights, flashers, something on and it wasn't. I didn't see anybody walking around it and then they was a car come up. I could see the car come up and go around it. Then one come up and nearly hit it, put its brakes on and backed up and went around it. I remember that. And then all of a sudden I seen a white car coming up in my rear view mirror on my driver's side and it passes me in the passing lane and I see it just continually going and I asked Selena, I said, "Selena, I don't think that car is going to stop." And she said, "What?" she looks up and I said, "It ain't going to stop, it ain't going to stop." And Lisa's car gets right up to the tail end of that truck and brakes one time and I, you could just tell she had seen the truck because she just barely swerved, she tried to cut but it was too late and she clipped under the, it was the, it would be the right side of the back end of that truck.

2.11

And her car spinned and when it did I said "Oh my God, Oh my God." And I pulled the car over to the side and I jumped out and started running to her and Selena was behind me and that is how I remember it.

Q:      Okay. And prior to the impact, did the truck have flashers on?

A:      No. There was no flashers, there was no brake lights, they was nothing, they was nobody around, there was no smoke. There was nothing indicating that that truck was at a stop. And I probably wouldn't have known it until you got up on it. You know what I mean? Because it was just the conditions and the way everything was moving. There wasn't any traffic over in that, but two cars, I remember that there was two cars prior to Lisa and they got pretty close to it too before they recognized it and I mean he was in the fast lane. It wasn't like he was over on the shoulder or in the slow lane, he was in the left lane on the Interstate where you go by people. Yeah, that is the way I remember it.

3.14

Q:      Do you know what he would have been doing in the fast lane going?

A:      **No I have no idea why...**

Q:      Why he was there?

A:      **He being a semi operator like that, you know.  He was having trouble, I don't know.  I don't know why he would be just stuck over there.**

Q:      Okay.  Let's see.  Whenever the accident happened how did the truck driver act?  Do you remember what he was saying or how he was acting?

A:      **Well, we were there, when I got to the scene, when I got there to Lisa, I opened the door and checked her pulse and she had a pulse and she was breathing.  I didn't even look for any, I was looking she had a car seat in the back of her card and I said, "Oh my God, I hope there is not a baby in here."  I told Selena to look for a baby.  There was another lady walked up and she said she was, there was help on the way and that she**

                                                                4.41

worked for such and such, I don't even remember what she said she said she was a first responder to a fire department. I can't even remember now what it was. But it was us three at that time, when there was a guy eventually come but all of a sudden this guy comes up behind, I was looking, I was over Lisa and this lady was to my right and I could see behind her coming up a black or African American guy, he was tall, thin and he was yelling, he was screaming at us and telling us to get away from her that we was messing, that we were going to mess up the scene of the crime or something like that, that she hit him and he was going off and he was using some profanity, I just can't even remember exactly what it was but it was enough that it upset me really bad to think that, how could anyone act so inhumane for one. It's obvious she came up and hit you in behind and you are erasing that you know what I mean, the whole world seen it but it was bad, he was very, he was rude,

5.19

he was inconsiderate and he just didn't represent whoever he was driving for very well. You know what I mean, just as a human being. So he had his cellphone, he told her he, she asked him. "Sir, could you please get back in the truck until the officers and everybody arrives?" And he started talking to her like he was going to use a racist card on her, you know, like you can't talk to me that way. You're talking to me...I can't remember exactly how it was but it was rough, it was bad.

Q:     And you said that he had a cellphone out.

A:     He had his cellphone device and was holding it up in front of him. It looked like he was recording the scene. The car was still running. Her car was still running and we was worried about maybe it blowing up or the guy that, he was from another fire department, but he didn't get there with a fire

6.07

department, he was, he worked for, they were just on the Interstate at the time and we was trying to, he said that guy said, "Well I wonder if we can get the hood up, get our hand in there and turn that engine off just in gas there is any leakage, gasoline leakage. Because I mean you smelled everything. And that guy, that black guy, the driver or the operator of that semi was very rude. I mean he was rude.

Q:      Okay. And whenever you had said that whenever you got to Lisa, when you first got up to her that you were praying with her. Could you just go back over what happened whenever you were praying with her?

A:      When I got to her it had cut the whole top of the car off and her head, her head was, it was tilted back and she was breathing erratically and I asked somebody did they have a blanket or something to put over her because it was so cold. I remember it was cold and she was shivering. And this little lady, this little lady out

7.26

of the blue gives me a blanket, like a little blanket, a throw and she just disappears but I took her pulse and she had a good pulse.  She was breathing but it was rough and she had a name tag around her neck and I said, I pulled it up and I read it and it said Lisa Noble and I told her, "Lisa."  When I was taking her pulse I grabbed her hand and I could tell that she was starting to take restricted, like it, I just knew, I just felt it and I bowed my head and I prayed with her and I held her hand and there was two of her fingers bent all the way back and her thumb.   I remember her thumb, this was what I remember more than anything.  When I was praying with her, it is just like she just bent down and held onto my hand.  And she still breathed, she started gasping and I think she was just bleeding out, I don't know.  I don't know.  I don't know anything about what really killed her but I think that she was probably bleeding inside is what I think because she

8.47

just, it sounded like her lung was filling up, you know what I mean?

Q:     Uh huh.

A?      She was gurgling and I always heard that if you ever heard it you know what it was like a death rattle, so you know.  I am assuming that she was just going but, yeah she, I'm confident that she heard me, because she didn't let go of my hand.  And by the time they got her out of the car she had already quit almost, you know what I'm saying?  I know it is probably just minutes before they got there, I don't even know how long but it felt like forever.  You know what I mean?  It felt like forever.

Q:     I'm trying to make sure I've, I know that you had said that you had in our first interview that, our first conversation that we had, that you had training. Was that training, was you a driver?

A:     Yes I was a, I went to CDL school in Indianapolis,

9.48

Indiana and I drove a truck for Burlington Motor
Carriers, a semi from east, west, east coast, coast to
coast.  And well, I remember back when I went...

Q:        Did you have your CDL license?

A:        Uh huh.  At one time I had my CDL, yes.  And you
know they always taught us when you have, you
always try to get off the road as far as you can, if it
happens in the road you want to put flares, we had
flares back then, I mean that has been a long time ago.
I mean I was in my twenties then, I am in my forties
now but you always want to at least have your flashers
on.  And I know that he had power because I noticed
he did, and I couldn't figure out if that truck was
stopped or not and I asked Selena, "Do you think it is
stopped or not?"  You know it is just a little
conversation you having like...

Q:        Uh huh.

A:        Because I was wondering, you know, I looked behind

10.36

me and there was a ton of traffic.  I was like, if he is stopped up here, it is going to be serious.  Do you know, I was trying to debate which lane to get in, to stay in or get in and I said surely not.  Well, then after all that happened and I mean after we seen that you know getting her out wouldn't have helped.  He didn't want us to touch her, he didn't want us to move her.  That truck driver said it.  Which I wasn't going to do anything like that, if I could have saved her life I would have took that chance, you know what I'm saying?  But I knew that she was going, do you know what I mean?  You just know, I mean, it was bad.

Q:  Uh huh.

A:  It was bad.  I don't know it was just really….I don't know if it broke her neck, I knew it was bad.  She struggled.  Then I turned around and all of a sudden out of the blue, he has those flashers on.  And I said, "Oh my God that is awful."  I said, "He didn't have his flashers on."  I said, "That's bad."  And I told, I think I

11.30

told that in my police report because I was aggravated about it because this guy was just so rude and I was thinking, "well you know what buddy, if you had just been a little bit considerate." I mean I don't know how long he had been there. I could tell you that I probably was, I don't know what from hill to hill if that's two or three or a mile maybe, if that, two miles. If I could see it, I mean it just wasn't anything, I don't know why he didn't have anything out, I just don't understand that.   A light, they wasn't no brake lights, he was in the truck the whole time. He was not out looking around like he was in trouble.

Q:      Uh huh.

A:      Nothing like that.

Q:      And her speed? That area was a seventy mile.

A:      Seventy five mile an hour is what it was.

Q:      For that area.

A:      I know it was seventy or seventy five. Might be seventy, seventy mile an hour, yeah.

12.24

Q:     Yeah.

A:     **It is seventy mile an hour, yeah.**

Q:     And I think that you had maybe mentioned that she was going between fifty five and sixty, is that?

A:     **Yeah, because you ain't, the road wasn't slick, I was wondering why when I went down 92 earlier that morning, way in the morning like at seven o'clock in the morning, it was rough.  That is why I decided well I am going to take back 75 because they had salted it and stuff.**

Q:     Do you think that she had like slowed down due to weather because I think you said.

A:     **Everybody was moving, nobody was going any faster than anybody.  It was, the road wasn't slick, wasn't frozen, it was just wet, you know what I mean?**

Q:     Yeah.

A:     **Just like, there was no accumulation or anything like that, the road was great.  I was probably going, I was**

13.**07**

probably going sixty, sixty five when we was coming through there and I come over there, but that was before Lisa got up to us and I could see, you know, I could see it getting congested up through there so I was like, you know, everybody was slowing down. And I remember she goes by me without, she didn't brake, she just cruised right on by.  It was so, you just don't think about it when somebody is passing you, you know what I mean.  I just thought....

Q:      Yeah.

A:      You know but I can remember, the reason why I say this is because I felt, you know driving you are just looking ahead anyway and I just thought, "Well, gosh, she isn't, well not she but that car is getting real close to that semi.  Selena, do you think that semi is moving? That car ain't gonna stop.  What is going on, do you think?"  Well I mean it was that quick and at the time I said that the impact of that car.  I seen her brake lights hit one time.  She probably went by me,

14.03

probably doing three or four mile an hour more than I was doing.  I don't even know other than she went by me, I just remember…

Q:        She just passed by?

A:        She went by me and….

Q:        You had told me our first conversation that you have some pictures.  Would you still happen to have those?

A:        Gosh a mighty, I don't know.  I had two, this is what happened, I had two pictures, let me see if I can look for them.  I don't even remember what phone I had then.  It had been a minute.  But I might have, didn't I send them to you or somebody, was that you?

Q:        Yeah, you said that you were going to send them to me on Facebook and then we never, I never did receive them.

A:        Yeah, they was two pictures.  They were about the same, I stepped back and it was cold that day, it was real, real cold and they had already took Lisa, she had already left and I stepped back and I said, "I'm going to take a couple of pictures right quick, Selena."

15.09

And she is like, "That would be weird, I don't know why you want to do that." I said, "I just want to take a couple of pictures, I don't know why." I said, that is why I just did it real quick like because they was trying to get people out of there.

Q:     Uh huh.

A:     And I snapped them, but I don't know what phone I had. I might have them on a SD card.

Q:     Okay.

A:     We can look, I can take it or we, if I could put it in the computer or something like that, we can look to see if they are in there. It was just a semi her and Lisa's car, you know when she hit, it spinned it, I don't know how many times it spinned, but she spinned. And parts, debris went everywhere. Just imagine it took the whole top of that car off. I mean from the where the door was, I opened, I had to, we had to pry the door open to get to her because you know...

Q:     Uh huh.

15.50

A:      First and foremost I don't want to touch anyone, I was an incident commander when I worked at Rustoleum, I was a first responder and I know, you know, not to touch anybody.  You know where I'm going with that.

Q:      Yes.

A:      I just wanted to see if she was alive and breathing, if there was anything I could do to comfort her and when I seen her and her breathing and stuff like that I knew that she was going to go.

Q:      Did you have any first responder training?

A:      Yeah, not in Wisconsin it has been about seven years ago and I worked for a company called Rustoleum Corporation and I was the first responder, I was the Incident Commander, you know if we had a spill or a fire or somebody got injured or hurt I was the first one on scene then I would direct my guys, my responders, to go in and give them guidance until the ambulance or fire department or whatever got there, do you know what I'm saying?

16.40

Q:           Yeah.

A:           Or Hazmat, I worked with chemicals.

Q:           Okay.

A:           But if I could find those pictures, I will give them to you. I will have to recollect it, you know where they are.

Q:           Yeah.

A:           They were two of them, they were identical. But it was almost like the same picture. So the next day, we are down in Corbin doing something and she's got commitments in Williamsburg and I seen a newspaper there and I looked down and it looked close to what my pictures was, but it wasn't that close but. You know they never even mentioned in that newspaper, it bothered me so bad, that they didn't they were just like they blew it off as if somebody just hit a semi you know what I mean or whatever. And it was like, they should have told the truth, you know, and I seen, I was the first one there, you know. I was right there, I

17.27

seen it all.  They didn't even say, you know, a truck driver was it negligence or if he would have had his flashers, I just felt like that was, you know what I mean, it was like she just hit him because she wanted to or something.  I don't even remember the article but it, we struggled, I had nightmares, terrors, I couldn't sleep and I would wake up saying her name in my sleep, it was horrible.

Q:      Uh huh.

A:      **You know it was a bad death.**

Q:      You had tried to do a with your hand a minute ago, do you care if I record what you were doing with Lisa whenever you were holding her hand, like you were praying, like the squeezing motion, would that be okay?

A:      **Yeah, let me.**

Q:      I'm just going to get a ….

A:      **Let's see, how I was going, now I want to make sure I got this right.**

Q:      I mean like…

18.19

A: **Been trying to block it out you know, because I have been trying to get rid of it because it...**

Q: Like if I just record....

A: **Yeah, I don't care.**

Q: Okay, like a video record of it.  That way Randy, the attorney can see your hand motions and stuff.

A: **Right.  I don't care.  Do you want to record my hand or do you...?**

Q: Just your hands.

A: **Let me see how, before you start recording, let me see how I had her, okay?**

Q: Okay.

A: **It was this hand right here.**

Q: I know that is kind of an awkward ...

A: **Because you know, it was this hand right here, and it was these fingers, I believe, you could tell it was bent back.  It was stuck up, you know, like right here, lets see.  Let me hold your hand now and let me see.  No, it would be this one.**

19.**05**

Q:             This one, okay.

A:             **It was like this, she had her hand like that.**

Q:             I am going to record both of our hands if you need…

A:             **And that is how I had her right there.  It was just like that.  And I was holding her hand like this and I prayed with her.  You know I asked God to, because she couldn't ask.**

Q:             Did she move like this thumb right here?

A:             **It was this thumb right here, yeah she…**

Q:             She just kind of….

A:             **She come in and held it and just held it.  And then I mean for a couple of minutes and then, tears just started coming out of my, it was crazy and she held it as tight as she could with just her thumb because I think her other fingers might have been broke.  I know these two right here were damaged pretty bad but must have been where she was holding the**

19.45

steering wheel and I held her like this and I was praying. This thumb right here was where I got the response.

Q:     And it just closed like that, I am just going to move my…

A:     Yeah it she held it there for a little while. I don't know how long you know, but it was enough that I recognized that she was holding it. That is the only finger I felt move on her hand.

Q:     Okay. I will just show that to Randy.

A:     When I would talk to her, I touched her on the face, I was trying to soothe her and I could tell, you could tell when I was talking to her, how she was responding, like Lisa, I said, "Lisa you can do this, help is on the way." And I said, "Try to get, try to take control try to take deep breaths, try to take control of your breathing." I was just trying to do whatever I could to soothe her, I didn't want her to feel the panic in my voice what I could see. I didn't want her to know how she looked by the way I talked to her. I

20.**37**

tried to keep it, you know I went into that, you know that, but she blinked her eyes a couple of times and then they it was like she tried but they, she was just dying.  She was dying.

Q:      Uh huh.

A:      And I felt, God a mighty, if she had had just a couple of seconds to slow down before she got to it and maybe she would have, I'm confident she would have lived.  She might have not died, you know what I mean, she might have had a chance.

Q:      Yeah.

A:      To not hit it...

Q:      If there would have been placards out or anything...

A:      Yeah and I could see her the whole time when she went by and, you know I was right up behind her, I mean I was probably by the time, when she finally hit the car I was probably four car lengths away if that.  It was close, you know and you are moving.  They was one car that was real close and it just kept on going.

21.35

People got out of there. They wasn't even hanging around, do you know what I mean? But the person in me, I wanted to see if there was anything we could do to help first and foremost and if there was anybody there, why that truck was there, if they were hurt or anything but, you know, I got to her and the truck driver come later. It was just a real bad deal and it was real uncomfortable and it was awkward. I mean I don't even think it did any damage to that truck from what I could have seen. Or it was a trailer, it didn't offset it or anything, that is why I knew she couldn't have been, no nobody was going the real speed limit that day because, it was a round about, I can't even remember the time now but I know it was like around maybe noonish. Something like that.

Q:        I have the police report.

A:        I can't even remember now, you know, I have tried to block so much of that out. I want to forget about it.

Q:        It says it was 10:47.

22.37

A:       Yeah.  About 11:00.  I knew it was getting close to noon.  Well, is that when the police came on the scene at 10:47?  Did you get it off the police report?  What we wrote to the police?

Q:       No.  We have not seen a copy of that yet.

A:       We wrote one and that kid wrote one too.  I called him a kid, to me he is a kid.  He is probably in his twenties, maybe twenty, twenty one.  Maybe a little older, I don't even know, he was a young guy.

Q:       Yeah.  10:47.

A:       He wrote one too.  The three of us wrote one.

Q:       Yeah.

A:       Because he hung around specifically to tell and I remember that little boy was upset too because he was like, if I remember correctly, and don't quote me on this.  I'm thinking that he is one of the ones that went up and backed up when he got to it, he got right up on it and he backed out and went around like, you

23.25

know, backed up and went around. That is what it was, I can remember now, he come back and, he goes up, the meantime I am watching Lisa's car and it was a little white, I don't even know what kind of car it is or whatever. And I seen him go around it and I, at that moment I seen that, when that car went around he went up to it, the kid did, I'm pretty sure it was the kid and …

Q:     Did he do that prior to Lisa passing you?

A:     It was right before, yeah. I don't know how, I don't want to say that I know that for sure all I remember was I seen, right here, he does this and he goes around like this. Well he is just getting around the tail end of that trailer and I remember this now. When her car hits and it almost got him too. Her car almost clipped him. I remember that now and I thought, I thought, "Oh my God." You know, and with all of the debris going up in the air and stuff and just the panic and the shock of seeing that, I've seen a lot of bad things in my

24.**32**

life and that was bad.  He jumps out the little boy, I remember him coming up and I was like, "You was in the car.  That was you, that was your car."  And he was like, "Yeah, I almost went under it too, I didn't even know he was stopped."  You just couldn't tell because it was going up a hill.

Q:      It was going up the hill?

A:      It was going up the hill.  It was an incline, you know. It was, you can only imagine two humps like that, right, well, I got to this hump and he was over here going up this hump.  You know what I mean, but he wasn't all the way up and he was at the bottom. Because I can remember, it wasn't a tall or a big hill anyway.

Q:      Okay.  Well, I think that is all that I have to follow up with you on Tammy.

A:      Okay.

Q:      And I am going to go ahead and turn off the recorder.

A:      Alright.

25.23



LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

**C.A. NO.: 6:17-157-CHB-HAI**

# DAVID WILSON, AS ADMINISTRATOR OF THE ESTATE OF LISA

## V.

# BEACON TRANSPORT, LLC AND TERRAN COOPER

## DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 (TAMMY SAYLOR VIDEO)

## DATE:

## OCTOBER 16, 2018



schedule@kentuckianareporters.com
877.808.5856   502.589.2273



1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF KENTUCKY

3    SOUTHERN DIVISION AT LONDON

4    C.A. NO.: 6:17-157-CHB-HAI

5

6    DAVID WILSON, AS ADMINISTRATOR OF THE ESTATE OF LISA

7    NOBLE, DECEASED,

8    PLAINTIFF

9

10    VS.

11

12    BEACON TRANSPORT, LLC AND TERRAN COOPER,

13    DEFENDANTS

14

15

16    DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9

17    (TAMMY SAYLOR VIDEO)

18

19

20

21

22

23

24    DATE:     OCTOBER 16, 2018

25    REPORTER:  JENNIFER RICE

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 ( TAMMY SAYLOR VIDEO)

2

```
 1                            APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, DAVID WILSON, AS

 4   ADMINISTRATOR OF THE ESTATE OF LISA NOBLE, DECEASED:

 5   TIMOTHY D. LANGE

 6   BENSON RISCH & LANGE, PLLC

 7   ONE RIVERFRONT PLAZA

 8   SUITE 2150

 9   401 WEST MAIN STREET

10   LOUISVILLE, KENTUCKY 40202

11   TELEPHONE NO.: (502) 583-8373

12

13   ON BEHALF OF THE DEFENDANTS, BEACON TRANSPORT, LLC, ET

14   AL.:

15   HARLAN E. JUDD, III

16   JUDD, SATTERFIELD & ASSOCIATES

17   869 BROADWAY AVENUE

18   BOWLING GREEN, KENTUCKY 4210

19   TELEPHONE NO.: (270) 904-4141

20

21   ALSO PRESENT:  THOMAS HOFBAUER, VIDEOGRAPHER

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 ( TAMMY SAYLOR VIDEO)

3

1    TAMMY SAYLOR:  It was just like that.  And I -

2  - I was holding her hand like this, and then I

3  prayed with -- you know, I asked God, you know,

4  because she couldn't ask --

5    UNIDENTIFIED FEMALE SPEAKER:  And did she

6  move, like, this thumb right here?

7    TAMMY SAYLOR:  It was this thumb right here.

8  Yeah.

9    UNIDENTIFIED FEMALE SPEAKER:  And she just

10  kind of --

11    MS. SAYLOR:  She -- she come in and out of it

12  and just held it.  And then -- I mean, for a couple

13  of minutes and -- kind of -- it was -- it was

14  crazy.  And she held as tight as she could with her

15  -- just her thumb, because, I think, her other

16  figures might have been broke.  I know these two

17  right here were damaged pretty bad, but must have

18  been where she was holding the steering wheel.  But

19  I held her like this, and I was praying, and this

20  thumb right here is where I got the response.

21    UNIDENTIFIED FEMALE SPEAKER:  And it was squ -

22  - closed like that?  I'm just going to move my --

23    TAMMY SAYLOR:  Yeah.  It -- she held it there

24  for a little while.  I don't know how long, you

25  know, but she -- it was enough that I had

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 ( TAMMY SAYLOR VIDEO)

4

1  recognized that she was squ -- holding it.  That's

2  the only finger I could feel move on her hand.

3       UNIDENTIFIED FEMALE SPEAKER:  Okay.

4          (END OF VIDEO RECORDING)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 ( TAMMY SAYLOR VIDEO)

5

```
 1              CERTIFICATE OF REPORTER

 2          COMMONWEALTH OF KENTUCKY AT LARGE

 3

 4    I do hereby certify that the said matter was reduced to

 5    type written form under my direction, and constitutes a

 6    true record of the recording as taken, all to the best

 7    of my skill and ability. I certify that I am not a

 8    relative or employee of either counsel, and that I am in

 9    no way interested financially, directly or indirectly,

10    in this action.

11

12

13

14

15

16

17

18

19

20

21

22    COURTNEY BUSICK,

23    COURT REPORTER / NOTARY

24    COMMISSION EXPIRES ON: 10/18/2021

25    SUBMITTED ON:  11/01/2018
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

DR. DONATO BORRILLO DEPOSITION - EXHIBIT 9 ( TAMMY SAYLOR VIDEO)

6

**1**

10/18/2021 5:24
11/01/2018 5:25

**A**

ability 5:7
action 5:10

**B**

BUSICK 5:22

**C**

CERTIFICATE 5:1
certify 5:4,7
COMMISSION 5:24
COMMONWEALTH 5:2
constitutes 5:5
counsel 5:8
COURT 5:23
COURTNEY 5:22

**D**

direction 5:5
directly 5:9

**E**

employee 5:8
END 4:4
EXPIRES 5:24

**F**

feel 4:2
FEMALE 4:3
financially 5:9
finger 4:2
form 5:5

**H**

hand 4:2
holding 4:1

**I**

indirectly 5:9
interested 5:9

**K**

KENTUCKY 5:2

**L**

LARGE 5:2

**M**

matter 5:4
move 4:2

**N**

NOTARY 5:23

**R**

recognized 4:1
record 5:6
recording 4:4 5:6

reduced 5:4
relative 5:8
REPORTER 5:1,23

**S**

skill 5:7
SPEAKER 4:3
squ 4:1
SUBMITTED 5:25

**T**

true 5:6
type 5:5

**U**

UNIDENTIFIED 4:3

**V**

VIDEO 4:4

**W**

written 5:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com