UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff<br><br>VS.<br><br>BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants | C.A. No.: 6:17-157-CHB-HAI<br><br>AFFIDAVIT OF SELENA MOORE |

Comes now the affiant, after first being duly sworn, and states as follows:

1. My name is Selena Moore. On January 5, 2017, at approximately 11:00 a.m., I was travelling north on interstate 75 in the right hand lane in a car driven by Tammy Saylor.

2. I witnessed a motor vehicle collision between a tractor trailer and a white Volkswagen Jetta.

3. On the date of collision and at the scene I gave my statement to the officer on scene which is attached hereto as Exhibit 1. The statement is true and accurate.

4. I have reviewed the transcript of a previous recorded statement that I gave to Ashley Noble, an investigator for Stidham Reconstruction and Investigation. That statement is attached as Exhibit 2. The statement is true and accurate.

5. On January 5, 2017, the date of the collision, I observed the tractor trailer in the left hand lane on North I-75. It appeared to me that the tractor trailer was stopped in the left lane. I did not observe any flashing lights whatsoever on the tractor trailer. I saw no brake lights, no emergency flashers and no turn signal light lit up on the truck.

6. Two (2) vehicles passed our vehicle in the left hand lane and headed towards the stopped tractor-trailer. They were travelling between 55 and 60 miles per hour. The second vehicle, a white Volkswagen, appeared to attempt to change from the left hand lane into the right hand lane to avoid hitting the stopped truck, was unable to do so and collided with the rear right corner of the tractor trailer.

7. We pulled into the right emergency lane and stopped after the crash. We got out of our car and went to the white Volkswagen.

8. Tammy and I got the door to the Volkswagen open. I saw the driver was hurt really bad. Tammy took her pulse. She was struggling to breath. She had on a nametag that said Lisa. We prayed with her while Tammy was holding her hand. Tammy talked to her. Tammy would tell Lisa to breath when she stopped breathing, and Lisa would respond with a breath when she did.

9. At some point, prior to the EMT's arrival, Lisa became non-responsive.

10. The driver of the truck was extremely rude after the crash – he slammed the lid of the car that we had a difficult time opening to turn off the battery. We were afraid of a fire or explosion so the battery was disconnected.

11. The truck driver was videotaping us while we tried to help and comfort Lisa. He had a video camera and his phone out taping us at the same time. He kept telling us not to touch the injured lady Lisa while he was videotaping us and we were attending to her.

12. I have read this affidavit; the transcript of my statement taken by Ashley Noble and the statement I gave at the scene to the officer, they are true as I verily believe.

Further the affiant sayeth naught.

This __11th__ day of December, 2018.

*Selena Moore*
SELENA MOORE

STATE OF KENTUCKY
COUNTY OF KNOX

The foregoing Affidavit was subscribed and sworn to before me by Selena Moore on this __11th__ day of __December__, 2018.
My Commission Expires: __September 17, 2021__

NOTARY PUBLIC

2



Selena Moore
481 Molus Hollow rd.
Coldiron, Ky 40819
#606-664-0899 or 606-280-0535

   I was driving on I-75 towards corbin ahead I seen and semi-trailer stopped in the middle of the road, when a car came driving about 60-65 mph toward that semi. The driver did not brake until right on the semi, she whipped the wheel when she did she clipped the truck. My girlfriend and I immeditaly pulled to the shoulder an ran toward the wrecked car. Upon arriving to the scene we managed to get the door open my g/f Tammy Saylor covered her w/ a blanket and took her pulse, she was breathing but sort of a gurgle. Tammy talked to her until paramedics arrived.
   The truck driver had no flashers on, no triangles. He put the equipment out after the collision. He began videoing the accident and arguing w/ paramedics. Being very disrespectful, expecially in these circumstances



## STIDHAM RECONSTRUCTION & INVESTIGATION, L.L.C.

| | | |
|---|---|---|
| 2 | **NAME:** | **SELENA MOORE** |
| 4 | **DATE:** | |
| 5 | **TIME:** | |
| 6 | **LOCATION:** | **TELEPHONIC** |
| 7 | **INTERVIEWER:** | **ASHLEY NOBLE** |
| 8 | **CASE:** | **ESTATE OF LISA NOBLE** |

10 **A.**   Hello?

11 **Q.**   Hey, Selena, my name is Ashley. I—I'm just gonna go
12          over a quick rundown of what I did with Tammy.

13 **A.**   Okay.

14 **Q.**   Do you care if I record our conversation?

15 **A.**   I don't mind at all.

16                                                                0:09:54.8

Page 1 of 12 Pages

1  Q.       Okay. And have I pressured you in any way to speak with
2           me or offered you anything in return for—for talking to me
3           today?
4  A.       No.
5  Q.       Okay. Now, if you don't care, just go ahead and give me
6           a rundown of how—how the accident occurred that
7           day.
8  A.       **Okay, we were on the interstate headed to Corbin.**
9           **And yeah traffic was bad that day. They'd let all the**
10          **schools out for snow and whatnot. And we got a—**
11          **Okay, we were on the interstate and we got in the**
12          **slow lane because we had seen that—coming up on**
13          **the hill there that a trucker was stopped completely in**
14          **the middle of the road, just sitting there. And he**
15          **almost looked like he was moving, if you—you know**
16          **what I mean—it took you a minute to get up to realize**
17          **he wasn't moving. So you know, we got over cause**
18          **that way—the car Lisa was in was coming up pretty**
19                                                              0:10:51.1

Page 2 of 12 Pages

| | |
|---|---|
| 1 | quick behind us, so we get over, you know. And, you |
| 2 | know, Tammy's like—she looks at me and see if that |
| 3 | car's gonna stop—is that car gonna stop? And then I |
| 4 | was like, oh my God. And she hit the semi, going, |
| 5 | you know, pretty fast—about I don't know, 55 or 60, |
| 6 | and went completely—Her left side went completely |
| 7 | underneath the semi, you know what I mean? I feel |
| 8 | like, you know—The truck wasn't pulled off to the |
| 9 | shoulder. You know, I understand that sometimes |
| 10 | they have complications and have to pull over there, |
| 11 | but he didn't have no lights on, no little red flags out, |
| 12 | nothing that she could've maybe hit or seen that |
| 13 | would've let her know to slow down. So when she |
| 14 | hit, you know, cars were pretty—you know, they were |
| 15 | just trying to go around. It was really sad, you know. |
| 16 | So me and Tammy jumped out and we ran to the car. |
| 17 | She was the first to get there. And I was right behind |
| 18 | her, but we—we worked together to get the car door |
| 19 | 0:11:57.9 |

Page 3 of 12 Pages

1   open. And when we got it open, she was—you know,
2   she was hurt pretty bad. She was hurt really, really
3   bad. And Tammy just—you know, she's a
4   respondent, so she starts freaking out at first. I was
5   like, Tammy, check her pulse. So Tammy checked
6   her pulse and I was like—you know, her head was all
7   the way back. I don't know if it broke her neck or
8   what, but her head was back and she was struggling
9   to breathe. You could hear her gurgle and--trying to
10  breathe. And Tammy—You know, I was like, you
11  know, don't move her, just check her pulse. And
12  that's when it like automatically kicked in with
13  Tammy. She—You know, it just hit her—everything
14  that she was laying before us and she just worked
15  really well with her. And she—you know, she had a
16  name tag on. I guess she worked for the State or
17  something, I'm not sure. But she had a name tag
18  around her neck and Tammy found out her name and
19                                            0:12:46.7

1  she just talked to her, you know. When she would
2  stop breathing for a minute, she would, you know,
3  say Lisa, breathe, breathe, breathe, you know. And
4  she would—she was fighting. She really was. And,
5  you know-- No, I forgot them. But we—You know, we
6  prayed with her and you know, things like that, you
7  know, because—it was just awful. It was really bad.
8  Q. Now after the accident occurred, where did you see the
9  car stopped at? I know Tammy had told me previously,
10  but where did—do you remember where they were
11  stopped?
12  A. The car or the truck?
13  Q. Both.
14  A. Okay, the truck was in the left lane, the fast lane, just
15  parked on top of the hill. It was like on an incline, you
16  know, and just stopped there. And she was, you
17  know, coming up behind him and she hit him, so she
18  was kind of—she was in the far lane. You know what
19                                                           0:13:47.7

1  I mean, just—I don't know. And then—Oh, when the wreck—
2  After the wreck, you know, we were standing there
3  and you know, the car was still running. When the
4  fire rescue people got there, you know, we—we
5  stayed and kind of let them work more with her. And
6  the car was still running. Well one of the fire rescue
7  people thought that, you know, maybe we should get
8  the hood up to turn the—disconnect the battery too.
9  So me, Tammy and two other guys worked together
10 because the car was smashed up, to get the—we
11 finally got the hood up. Well that's when this
12 trucker—you hadn't seen him the whole time. The
13 only time that we seen him was when he jumped out
14 to put his placards up and to turn his flashers on.
15 And then other than that, he was vacant. So we seen
16 him touching the hood of the car and he come out
17 there running to the car and he's got a video camera
18 out and his phone, you know, held out in front of him,
19                                              0:14:40.6

Page 6 of 12 Pages

1  videoing it, telling us not to touch the car, leave the car alone.
2  And when we finally got the hood up, you know, we—
3  we're all scattered, you know what I mean? We got
4  the battery disconnected. Well he comes up there
5  and shuts the hood, after we worked so hard to get
6  the hood up, to turn the battery—to disconnect the
7  battery. And he was just very rude, you know? And
8  he was like, you know, don't touch her, don't touch
9  the car, don't touch anything. And that's when the
10  fire rescue lady—cause he was hostile—the fire
11  rescue lady was like, you know, sir, you need to get
12  away from there. You need to get back into your
13  truck. And he was—And he started saying stuff like
14  oh, you're gonna treat me this way because I'm—you
15  know, trying to pull the prejudice card or whatever.
16  But it was just really sad to see that he had no
17  feelings of sympathy to video that, you know what I
18  mean? It was—It was gruesome, it really
19                                                              0:15:31.8

1            was. And him just no sorrys, is she okay, no nothing.
2   Q.       Now, did you see that—if he had flashers on? Did you
3            say that he did not?
4   A.       He did not have flashers on.
5   Q.       Did you see him place anything outside of the vehicle?
6   A.       Those little red flag placards is what they're called, I
7            reckon.
8   Q.       Uh-huh (affirmative). Okay (inaudible)—
9   A.       Yeah, I seen him jump out and put them out like, you
10           know, behind the—like behind the feet—feet—like
11           probably fifty feet or so behind the truck, after the
12           fact.
13  Q.       Okay.
14  A.       And he was in there looking at his—it was like he was
15           looking at something—like a log book or a book—like
16           flipping through stuff, you know what I mean? I don't
17           know if he was getting stuff up-to-date or whatever,
18           where he was fixing to get, you know, talked to and
19                                                          0:16:22.7

Page 8 of 12 Pages

| | | |
|---|---|---|
| 1 | | maybe his books were behind. I'm not sure exactly |
| 2 | | what happened, but he was flipping through these |
| 3 | | books, like he was reading a manual or something in |
| 4 | | there. Just sitting in there while everybody else was |
| 5 | | trying to save this lady's life. |
| 6 | Q. | Okay. Now, did you personally take pictures on your |
| 7 | | (inaudible). |
| 8 | A. | No, I—I believe—Tammy, did you take two pictures of |
| 9 | | the car? She took two pictures of the car after Lisa |
| 10 | | was in the ambulance and, you know, we kind of |
| 11 | | knew when they put her into the ambulance and they |
| 12 | | didn't take off in the ambulance, that she probably |
| 13 | | didn't make it, you know. We just really prayed, you |
| 14 | | know, that she would, you know, because somebody |
| 15 | | like that was—and you could tell she was a good |
| 16 | | person, you know what I mean? |
| 17 | Q. | Yeah. |
| 18 | | 0:17:08.3 |
| 19 | | |

| | | |
|---|---|---|
| 1 | A. | You know, you see people—I don't know. You know |
| 2 | | what I'm saying. |
| 3 | Q. | Yeah, I understand. I think, Selena, that that's all that I |
| 4 | | have. We pretty much covered everything. |
| 5 | A. | Okay. |
| 6 | Q. | And—but if—if I should need to contact you again, would |
| 7 | | that be okay? |
| 8 | A. | Yes. If—I'm in college so if ever I'm at school or |
| 9 | | something, you just leave me a voice mail and I'll get |
| 10 | | right back to you. There was also a young boy that |
| 11 | | was there that was, you know—He was one that didn't |
| 12 | | pull away. Everybody else just tried to drive around |
| 13 | | them and go on and try to get through the traffic. |
| 14 | Q. | Uh-huh (affirmative). |
| 15 | A. | He stopped and he stayed with us. He's a young boy |
| 16 | | and he works at that—the auto place in Corbin. |
| 17 | Q. | Uh-huh (affirmative). |
| 18 | | 0:17:54.0 |
| 19 | | |

Page 10 of 12 Pages

1  A.     **He's from Williamsburg. I just don't know his name.**
2         **I'd like to find him. You know what I mean, just**
3         **because it was nice to have somebody else there that**
4         **cared to stop.**
5  Q.     We may be able to track him down. I'm not sure.
6  A.     **He wrote a statement as well. I know that.**
7  Q.     Okay. Okay. So, yeah, I probably have already tried to
8         contact him as well, so.
9  A.     **Okay. Oh, I just wanted to let you know everything I**
10        **knew.**
11 Q.     Thank you so much. So if—Is—Is the same number that
12        Tammy gave me the same one that I should contact you
13        on as well?
14 A.     **Yeah, you can contact me on this one any time**
15        **because her phone, when you called earlier—no, you**
16        **hit her up on Facebook.**
17 Q.     Yeah.
18                                                      0:18:37.3
19

Page 11 of 12 Pages

| | | |
|---|---|---|
| 1 | A. | The one that she called you from before this one, it's |
| 2 | | in and out of service a lot, so we really don't get good |
| 3 | | reception on it.  This is our number. |
| 4 | Q. | Okay.  All right.  I think that's all.  She can just send me |
| 5 | | those pictures on Facebook, will be fine, and I can grab |
| 6 | | them off there and put them with our file. |
| 7 | A. | All right, sounds great.  Thank you. |
| 8 | Q. | Thank you guys so much.  I appreciate you speaking with |
| 9 | | me. |
| 10 | A. | You're welcome, sweetheart.  Bye. |
| 11 | Q. | Bye. |

* * * * * * * * * * * * * * * * * * * * *

**END OF AUDIO**

0:19:03.5

Phone: (606) 279-6043   Fax: (606) 279-6042   Address: P.O. Box 632 Wooten, KY 41776
Email: joeystidham@gmail.com

*Serving our clients since 1998*

Page 12 of 12 Pages

Selena Moore
481 Molus Hollow rd.
Coldiron, Ky 40819
# 606-664-0899 or 606-280-0535

I was driving on I-75 towards corbin ahead I seen and semi-trailer stopped in the middle of the road, when a car came driving about 60-65 mph toward that semi. The driver did not brake until right on the semi, she whipped the wheel when she did she clipped the truck. My girlfriend and I immeditaly pulled to the shoulder an ran towards the wrecked car. Upon arriving to the scene we managed to get the door open. My g/f Tammy Saylor covered her w/ a blanket and took her pulse, she was breathing but sort of a gurgle. Tammy talked to her until paramedics arrived.

The truck driver had no flashers on, no triangles. He put the equipment out After the collision. He began videoing the accident and argueing w/ paramedics. Being very disrespectful, expecially in these circumstances.