UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| **DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff** | |
| | C.A. No.: 6:17-00157-CHB-HAI |
| **VS.** | **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56(A) ON THE ISSUE OF CONSCIOUS PAIN AND SUFFERING** |
| **BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants** | |

Comes Plaintiff, by counsel, in the interests of the efficiency of the Court's docket and record, adopting and incorporating herein Plaintiff's brief filed at Docket No. 123 and the Exhibits thereto in Reply in support of Plaintiff's Motion for Partial Summary Judgment pursuant to FRCP56(A) on the issue of conscious pain and suffering (Docket No. 101).

As a matter of law, Plaintiff's Motion for Partial Summary Judgment on this issue should be granted, there being no material facts in dispute as to Ms. Noble's conscious experience of pain and suffering resulting from her injuries sustained in this crash.

Respectfully submitted,

  /s/Timothy D. Lange
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC

401 W. Main Street, Suite 2150
Louisville, Kentucky 40202
Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on the foregoing was filed January 2, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/    Timothy D. Lange
TIMOTHY D. LANGE