UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| DAVID WILSON, *as Administrator of the Estate of Lisa Noble*, <br><br> Plaintiff, <br><br> v. <br><br> BEACON TRANSPORT, LLC, and TERRAN COOPER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 6:17-CV-157-CHB-HAI <br><br><br> ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff's counsel has contacted chambers to request a teleconference to address a discovery dispute or a request for sanctions related to spoliation of evidence. *See* D.E. 123 at 6-8.

**IT IS HEREBY ORDERED THAT:**

(1) A telephonic conference, on the record, is **SCHEDULED** for **Thursday, January 17, 2019, at 11:00 a.m.** Dial-in instructions are contained at Docket Entry 89.

(2) **Before NOON on Wednesday, January 16, 2019**, each side **SHALL** email to Chambers (ingram_chambers@kyed.uscourts.gov) a brief (i.e., no more than two pages) summary of the dispute. All submissions **SHALL** be copied to opposing counsel.

This the 14th day of January, 2019.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge