UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| DAVID WILSON, as Administrator of the Estate of Lisa Noble, Deceased, Plaintiff | C.A. No.: 6:17-00157-CHB-HAI |
| VS. | PLAINTIFF'S MOTION FOR SANCTIONS FOR INTENTIONAL DESTRUCTION AND FAILURE TO PRESERVE ELECTRONICALLY STORED INFORMATION |
| BEACON TRANSPORT, LLC and TERRAN COOPER, Defendants | |

Comes Plaintiff pursuant to Judge Ingram's Order at Docket No. 129, by counsel, Moving for Sanctions for the Defendants' Intentional Destruction and Failure to Preserve Electronically Stored Information against Beacon Transport, LLC and Terran Cooper. Both Defendants maliciously and intentionally destroyed and purposely failed to preserve material electronic information. Severe sanctions are appropriate under Rule 37(e). Plaintiff's Memorandum in support of this motion is filed herewith, as is a proposed Order for the Court.

Respectfully submitted,

  /s/Timothy D. Lange_____
Timothy D. Lange
BENSON, RISCH & LANGE, PLLC
401 W. Main Street, Suite 2150
Louisville, Kentucky 40202

Telephone: (502) 583-8373

D. Randall Jewell
JEWELL LAW OFFICE, PLLC
P.O. Drawer 670
Barbourville, Kentucky 40906
Telephone:  (606) 546-9714

Billy J. Taylor
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Telephone:  (606) 545-0224

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE**

It is hereby certified that on the foregoing was filed January 31, 2019 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/    Timothy D. Lange
TIMOTHY D. LANGE