LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## COURT REPORTERS

## CIVIL ACTION NO. 6:17-157-KKC

## DAVID WILSON, AS ADMINISTRATOR OF THE ESTATE OF LISA NOBLE, DECEASED

## V.

## BEACON TRANSPORT, LLC AND TERRAN COOPER

### DEPONENT:

### MICHAEL D. ANDERSON

### DATE:

### June 26, 2018



EXHIBIT A



a courtroom powerhouse

✉ schedule@kentuckianareporters.com
☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF KENTUCKY
 3                SOUTHERN DIVISION AT LONDON
 4                 CIVIL ACTION NO. 6:17-157-KKC
 5

 6    DAVID WILSON, AS ADMINISTRATOR OF THE ESTATE OF LISA
 7                       NOBLE, DECEASED,
 8                           PLAINTIFF
 9
10                              V.
11
12         BEACON TRANSPORT, LLC AND TERRAN COOPER,
13                          DEFENDANTS
14
...
23   DEPONENT:   MICHAEL D. ANDERSON
24   DATE:       JUNE 26, 2018
25   REPORTER:   KAYLA BURDINE
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

2

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 |   |
| 3 | ON BEHALF OF THE PLAINTIFF, DAVID WILSON, AS |
| 4 | ADMINISTRATOR OF THE ESTATE OF LISA NOBLE, DECEASED: |
| 5 | RANDALL JEWELL |
| 6 | JEWELL LAW OFFICE, PLLC |
| 7 | 138 COURT SQUARE |
| 8 | BARBOURVILLE, KENTUCKY 40906 |
| 9 | TELEPHONE NO.: (606) 546-9714 |
| 10 |   |
| 11 | ON BEHALF OF THE DEFENDANTS, BEACON TRANSPORT, LLC AND |
| 12 | TERRAN COOPER: |
| 13 | HARLAN E. JUDD, III |
| 14 | JUDD, SATTERFIELD & ASSOCIATES, PLLC |
| 15 | 869 BROADWAY AVENUE |
| 16 | BOWLING GREEN, KENTUCKY 42102 |
| 17 | TELEPHONE NO.: (270) 904-4141 |
| 18 |   |
| 19 | ALSO PRESENT: MICHELLE RAMEY, VIDEOGRAPHER |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

INDEX

|   | Page |
|---|---|
| PROCEEDINGS | 5 |
| DIRECT EXAMINATION BY MR. JUDD | 6 |
| CROSS EXAMINATION BY MR. JEWELL | 31 |
| REDIRECT EXAMINATION BY MR. JUDD | 50 |

EXHIBITS

|   |   | Page |
|---|---|---|
| 1 | PHOTO | 40 |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MICHAEL D. ANDERSON, taken on June 26, 2018

27

```
 1  was -- it might have been -- I think it was until the
 2  first responders got there -- the ambulance.  Until he
 3  got out of his truck.  I -- if I remember correctly.
 4       Q    Okay.  So he stays in his truck until first
 5  responders are present, and did you ever speak to Mr.
 6  Cooper?
 7       A    Not that I can remember, no.  I don't believe
 8  at all.
 9       Q    What did you see Mr. Cooper do?
10       A    I don't remember everything.  I remember
11  him -- him, and I think he was taking pictures.  I think
12  I remember the first responder, she was telling him to
13  get back in his truck.  And they was arguing, I do
14  believe. That's about all I remember.
15       Q    Okay.  You didn't see anybody get physical
16  with anybody?
17       A    No.  Hands touching, not -- no, I didn't see
18  nothing like that.
19       Q    Okay.  Did Mr. Cooper go back and get in his
20  truck?
21       A    Yeah.  He went, and it was a little while, but
22  he didn't go right straight to it.  But it took him a
23  few -- I guess a minute or two.  Because they argued
24  there for a second, and then he got in his truck.
25       Q    Did you hear what was said?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

KAYLA BURDINE,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 04/06/2022

SUBMITTED ON: 07/06/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com